Pennsylvania Bar Association
28 East Orange St.
Lancaster, Pa. 17602

VETERAN'S SERVICE UNIT
SCI PHOENIX
MARK T.W. BOISEY NO. QP5104
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA 19426

October 1, 2024

To whom it may concern,

    I am writing to request for some assistance in filing of a Section 1983, Boisey V. Department of Corrections, Medical Administration. I need counsel to be appointed to my case for such filing. Thank you for any and all assistance you may help me obtain. I am aware that it is possible to have counsel provided for this proceeding as the Administration has acted under the color of law and has made several infractions that have rendered me helpless with Chronic care issues. This malice and neglect caused by the Institution sent me to the Emergency Room at Einstein Hospital September 2-3, 2024. I have submitted all grievances as necessary but still not acceptable for the traumatic harm they have caused me by directly refusing to properly provide me daily Chronic Care medications. No such relief exist by the Administration and they have claimed no responsibility for the burdens they have given me. I have all evidences and lay statements from the prison population for the neglect of basic needed Medical care here at Phoenix.

Respectfully,

Mark T.W. Boisey

Mizner Law Group  
Attention John Mizner  
311 West Sixth Street  
Erie, Pa 16507

Veteran's Service Unit  
SCI Phoenix  
Mark T.W. Boisey No. QP5104  
1200 Mokychic Drive  
Collegeville, Pa 19426

OCTOBER 7, 2024

Dear John Mizner,

      Thank you for your response to my inquiry. I have since filed a Grievance in support of my Medical Emergency that I suffered on September 2-3, 2024. I did as you suggested and requested a monetary amount of compensation as relief for the unspeakable actions that have neglected my Medical care and needs in my Grievance. I do understand that I must wait for the Grievance process to be exhausted before filing any such lawsuit. However, I wanted to touch base with you and let you know the status I am currently at. I took the time to draft a Complaint and a Summons for the *Section 1983*, only as precationary action if you choose not to represent me. I would be honored if you did decide to take on this case but I understand and respect your presectives.

I did include some basic evidence for you to look at to see if you are able to assist when the time is right to file. I do not want to have to file this case *pro se* because I know the rate of failure due to the inability to research and represent myself. I am at a disadvantage on my own. This is a case that is worthy of vast light that should be shown and addressed by the Courts. This behavior and Professinal irresponsibility is egregious and unacceptable.

Included is a copy of the Grievance Filed, Medical Timeline I have been tracking (ongoing), I have four Sworn Affidavits from individuals here at SCI Phoenix and their statements in support of my claim and Administration neglects. Currently they are awaiting the Notary of Public for Notary, I have the Hospital Records from the Einstein Hospital, Montgomery, Pa.

Thank you for your valued time and I hope to hear back from you at your conveinece.

Respectfully,  
Mark Thomas Ward Boisey

**Mark Boisey, QP5104**
**SCI Phoenix**
**1200 Molychic Drive**
**Collegeville, PA 19426-0244**

LEGAL MAIL

RECEIVED
NOV -4 2024

U.S.M.S. X-RAY

**Clerk of Courts**
**United States District Court**
**Eastern District of Pennsylvania**
**601 Market St., Room 2609**
**Philadelphia, PA 19106-1797**

quadient
FIRST-CLASS MAIL
IMI
$000.97
10/31/2024  ZIP 19426
043M31248366
US POSTAGE