**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARK THOMAS WARD BOISEY,**<br>**PLAINTIFF,**<br><br>V.<br><br>**DR. LAUREL HARRY,**<br>**SECRETARY OF PENNSYLVANIA**<br>**DEPARTMENT OF CORRECTIONS;**<br>**JOSEPH TERRA,**<br>**SUPERINTENDENT;**<br>**BRITNEY HUNER,**<br>**MEDICAL DEPARTMENT ADMINISTRATOR;**<br>**ANNE LEWIS,**<br>**HEAD TRIAGE NURSE;**<br>**S.D. EDWARDS,**<br>**CORRECTIONS OFFICER;**<br>**DEFENDANT(S)** | **SUMMONS**<br><br>**CIVIL ACTION NO:**<br><u>**2:24-CV-06000-NIQA**</u> |

TO THE ABOVE NAMED DEFENDANTS:

You are hereby summoned and required to serve upon Plaintiff, who se address is 1200 Mokychic Drive, Collegeville, PA 19426, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this summons upon you, exclusive of the day of service, or sixty (60) days if the U.S. Government or officer / agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Respectfully submitted,

_____
Mark Thomas Ward Boisey

Date: FEBRUARY 14, 2025

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK THOMAS WARD BOISEY | : | |
| PLAINTIFF, | : | **COMPLAINT** |
| V. | : | **CIVIL CASE NO.** |
| DR. LAUREL HARRY, | : | |
| SECRETARY OF PA/DOC | : | **2:24-CV-06000-NQIA** |
| JOSEPH TERRA, | : | |
| SUPERINTENDENT, | : | |
| BRITNEY HUNER, | : | |
| MEDICAL DEPARTMENT ADMINISTRATOR, | : | |
| ANNE LEWIS, | : | |
| HEAD TRIAGE NURSE, | : | |
| S.D. EDWARDS, | : | |
| CORRECTIONAL OFFICER, | : | |
| DEFENDANT(S) | : | |

## I. <u>JURISDICTION & VENUE</u>

**1.**     This is a Civil Action authorized by Title 42 U.S.C. § 1983 to redress the deprivation under color of state law, of rights secured by the Constitution of the United States. This Court has jurisdiction under 28 U.S.C. § 1331 & 1343(a)(3). Plaintiff seeks Declatory relief pursuant to 28 U.S.C. § 2283 & 2284 and Fed.R.Civ.P 65.

**2.**     The Eastern District of Pennsylvania is an appropriate venue under 28 U.S.C. § 1391(b)(2) where the events given rise to this claim occurred.

**3.**     Plaintiff, **MARK THOMAS WARD BOISEY**, is and was at all times mentioned herein an inmate of the Commonwealth of Pennsylvania in the custody of the Pennsylvania Department of Corrections. He is currently confined to the State Correctional Institution Phoenix in Collegeville, Pennsylvania.

**4.**     Defendant, **DR. LAUREL HARRY**, is the SECRETARY of the Pennsylvania

Department of Corrections. She is legally responsible for the overall operations of the Department and each institution under its jurisdiction, including SCI Phoenix.

**5.**     Defendant, **JOSEPH TERRA**, is the SUPERINTENDENT of SCI Phoenix, he is legally responsible for the daily operations of SCI PHOENIX and the welfare of all inmates within that prison.

**6**. Defendant, **BRITNEY HUNER**, is the MEDICAL DEPARTMENT ADMINISTRATOR at SCI PHOENIX who at all times mentioned in this Complaint, holds the title of ADMINISTRATOR and is responsible for the operations of the SCI Phoenix Medical Department.

**7.**     Defendant, **ANNE LEWIS,** is the HEAD TRIAGE NURSE at SCI PHOENIX who at all times mentioned in this Complaint, holds the title of HEAD TRIAGE NURSE and is responsible for the Medical Triage Department at SCI Phoenix.

**8.**     Defendant, **S.D. EDWARDS,** is a CORRECTIONAL OFFICER in the Pennsylvania Department of Corrections who at all times mentioned in this Complaint, holds title of CORRECTIONAL OFFICER and was assigned to housing Unit SD at SCI Phoenix. She initially denied Plaintiff access to emergency medical treatment.

**9.**     Each Defendant is sued individually and in their official capacity. At all times mentioned in this Complaint, each Defendant acted outside the color of State law and their personal responsibility under Dept. of Corrections policy.

## II. <u>FACTS</u>

**10.**    On April 26, 2024, Plaintiff ran out of Chronic Care medications for diagnosed Hypertension. Plaintiff requested a refill with a medical request slip, as per DOC SOP, ten (10) days prior to the medication running out. On May 27, 2024, Plaintiff ran out of

medications for Hypertenson. Plaintiff requested refill with medical bar code renewal stickers placed directly on medical sheet in the Medical Department. On August 26, 2024, Plaintiff ran out of medications for Hypertension. Request was given to medical staff eleven (11) days prior to running out. Upon several unanswered requests, Plaintiff was ignored and informed by Medical Dept. and Administration staff that he could not have his perscribed medications. Plaintiff filed grievance(s) to dispute the ongoing issues and negligence that burdened Plaintiff's welfare and living conditions, both before and after the Medical Emergency that took place because Plaintiff was refused medications and all requests seeking relief. "SEE APPENDIX A".

**11.** On September 2, 2024 at approximately 1830 hrs., Plaintiff underwent a severe Medical Emergency rendering him helpless and needing urgent critical care. The medications Plaintiff was prescribed to stabilize his blood pressure had been unavailable for seven (7) days leading up to this devastating Medical Emergency. The absence of medications was due to being denied his perscribed medications and unsuccessful renewal process which caused this emergency. Plaintiff requested to see a Doctor at the Medical waiting area, clutching his chest, sweating, breathing heavily and feeling faint. Plaintiff was refused to be seen and was instructed by **CORRECTIONS OFFICER S.D. EDWARDS**, while she was shouting and slandering Plaintiff. **EDWARDS** adamently ordered Plaintiff to walk back to his Housing Unit while being both visually and physically impaired by his current medical crisis. Plaintiff asked inmate **ROBIN SHAW** to assist with walking back to the Housing Unit to report. Once arriving at his Housing Unit, Plaintiff requested to the Commanding Officer that Plaintiff needed medical attention immediately. **OFFICER DORSEY** followed up with request and told Plaintiff to return to Medical Dept.. The **Head Triage Registered Nurse Practioner ANNE LEWIS** conducted several tests insisting Plaintiff was on drugs or having an Anxiety attack. Plaintiff's blood pressure was 156/94 at the time of arrival, dramatically outside the scope of normal ranges. After the initial evaluation, the **CRNP LEWIS** contacted the on-call Doctor via Zoom. The Doctor was given the onsets of current conditions and stated he is expeditiously arranging transport to the outside Hospital. The **CRNP LEWIS** then

instructed Plaintiff to sit in a room adjacent from Triage to wait. Plaintiff was alone, isolated, and unsupervised for at least fifteen (15) minutes until the ambulance arrived, then transported to Einstein Hospital, Montgomery County. In the moments of this medical emergency, the Plaintiff's life was in danger. Plaintiff believed that he was going to die from the pain and trauma because the SCI Phoenix Medical Department neglected to give Plaintiff his perscribed daily medications.

**12**.   Upon information and belief, while at Einstein Hospital, 2000 hrs, given the Plaintiff's state and condition. Blood work was taken and a series of tests were performed. Plaintiff waited for hours to be seen again. Duty **NURSE RATCHELL** examined the Plaintiff and requested a second blood draw a few hours after arrival to be evaluated further. The Nurse informed Plaintiff that blood labs could show protein enzymes to suggest a mild heart attack. Plaintiff was given a second EKG as well. Hours passed until Plaintiff was seen by **DOCTOR POCQUETTE**. Plaintiff's symptoms were much more stable at this point given the amount of time that had lapsed since arrival. **DOCTOR POCQUETTE** described that Plaintiff's current EKG and blood work were satisfying and Plaintiff exhibited a **MUSCULOSKELETAL CONDITION** in his chest around the 3rd - 5th Rib(s) and his heart. The inner muscles between the ribs both anterior and posterior were bruised and inflamed, causing pain and discomfort from the palpitations of the heart during the medical episode Plaintiff  had endured. "SEE APPENDIX B". **DOCTOR POCQUETTE** gave medications and released Plaintiff to the Primary Care Physician at State Correctional Institution Phoenix. Plaintiff arrived back at SCI Phoenix and was taken straight to the Infirmary at approximately 0330 hours. The Duty Nurse  informed Plaintiff to return to his Housing Unit. Plaintiff was still visibly and physically shaken and objected to returning to his Housing Unit. Several hours later, approximately 0930 hours,  Plaintiff was called to Medical by Duty Nurse. The CRNP insisted the Medical episode was due to Plaintiff's diagnosed GERD, Acid Reflux. The CRNP increased the current Prilosec dosage by double, to 40mg daily. Plaintiff requested medications for blood pressure and the CRNP stated "she is not a Pharmacy, and that Plaintiff needs to wait for Medical daily call-out on the Housing Unit."

**13.** On September 4, 2024, Plaintiff's Mother, **STEPHANIE FORD** contacted the Pennsylvania Department of Corrections Central Office by phone and e-mail for the Plaintiff to demand action be taken to give Plaintiff prescribed daily medications. Later that evening, the Plaintiff had a conversation with the Housing Unit **SERGEANT GREEN** regarding his Medical situation. The Sergeant made a call to the Medical Dept. on the Plaintiff's behalf requesting he be given his medications. Plaintiff was instructed to report to Medical during the Insulin call-out through the prison communications system. Plaintiff reported to Medical Dept. and was informed by the Insulin Duty Nurse that she would not help the Plaintiff because she is giving Insulin. Plaintiff desperately requested someone to help him. Plaintiff was sent to Triage and requested medications to the on duty **CRNP LEWIS**. The **CRNP LEWIS** contacted a **NURSE GEORGE** on the phone, after rolling her eyes and being disrespectful. After several minutes of waiting, the CRNP **LEWIS** stated **NURSE GEORGE** agreed to ONLY give Plaintiff blood pressure medicine, Lopressor and HCTZ. It had now been fourteen (14) days without medications. Plaintiff was finally listed on the daily call-out for medications on September 7, 2024. "SEE APPENDIX C" On September 9, 2024, the Plaintiff was not seen by SCI Phoenix Medical staff since returning from Einstein Hospital, Plaintiff requested a Medical visit to be evaluated for his blood pressure check and medication adjustments. The conditions still existed; sweating, irregular heart beat, headaches, and dizziness. After another seven(7) unanswered days, Plaintiff submitted a second request to be evaluated for ongoing health problems. On September 18, 2024, Plaintiff was seen from his Medical request, the **PHYSICIAN'S ASSISTANT YODH** took blood pressure, 136/80. **PHYSICIAN'S ASSISTANT YODH** informed Plaintiff that he needed regular WEEKLY blood pressure checks, scheduled every Wednesday going forward and would now be placed on Chronic Care visits for diagnosed Hypertension. Plaintiff has been in Pennsylvania Department of Correction's custody since March 8, 2023 but has NEVER been seen at a Chronic Care visit. Plaintiff has been diagnosed with Hypertension since being incarcerated November 13, 2019 and is it is reported in the Department of Corrections Medical History. Plaintiff has been prescribed medications ever since

diagnosis. "SEE APPENDIX D". Plaintiff still has ongoing issues with receiving care from the Phoenix Medical Department after consistantly addressing the Administration. Plaintiff has not been seen a single time for weekly Blood Pressure checks as scheduled by **PHYSICIAN'S ASSISTANT YODH** and continues to worry about his current condition(s).

**14**.   The very tragic and unfortunate events that happened to Plaintiff just days after the composed letter from **SENATOR TRACY PENNYCUICK** sent to **DOC SECRETARY, DR. LAUREL HARRY, and SUPERINTENDENT JOSEPH TERRA** addressing the living conditions at SCI Phoenix. Calling on Administration and Correctional Officers to quote, **"Make clear that my only concern is for the safety of SCI Phoenix's staff. We SHOULD NOT be worried about the WELL BEING of violent criminals contained in this prison or their feeling's towards policies..."** "SEE APPENDIX E". This letter is appalling to every inmate incarcerated at this institution and has blatantly proven to directly cause the Plaintiff harm because this Administration placed negligence above their duties. As you clearly can see the effects it has on the atmosphere of this facility handed down from both **DR. LAUREL HARRY** and **JOSEPH TERRA**. It is directly an infraction to the Constitutional Rights we all preserve, the fact that a Pennsylvania State Senator has such persuasion and influence over the lives of inmates and she justifies her own opinions over their living conditions. (Emphasis added) Herein lies four (4) Sworn Affidavits of individuals not only aware of the unbelievable health and living conditions at State Correctional Institution Phoenix, Dept. of Corrections but also the fact that these four (4) individuals witnessed Plaintiff in crisis. "SEE APPENDIX F." On December 02, 2024 the Plaintiff was involuntary committed to the Special Observation Unit (SOU), as what feels to the Plaintiff from his prespective as direct result of retailiation of the process of these claims. "SEE APPENDIX G."

### IV. <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>

**15**.   Plaintiff, **MARK THOMAS WARD BOISEY,** used the Prisoner Grievance Procedure available at SCI PHOENIX to try and resolve the problems.  On August 31, 2024, Plaintiff, presented the facts relating to this complaint. On September 19, 2024, Plaintiff

was sent a response saying that the grievance had been denied. On September 24, 2024, he appealed the denial of the grievance to the Facility Manager. After NO RESPONSE was timely filed under 15 working days allotted by the PLRA. Plaintiff filed a timely final grievance on October 20, 2024, to the Department of Corrections Central Office in Mechanicsburg. EXTENSION request was received on October 22, 2024, dated October 18, 2024, three (3) days after expired response deadline. On December 24, 2024, Plaintiff received notice that Final Grievance was redirected to Central Office Bureau, Health care to solicit input relative to the issues raised in complaint. INORDINATE DELAY, No Decision.

16.    Plaintiff, **MARK THOMAS WARD BOISEY,** filed a <u>Second</u> separate grievance on September 21, 2024, after the Medical Emergency occurred. Plaintiff used the Prisoner Grievance Procedure available at SCI Phoenix to try and resolve the problems and presented the facts relating to this complaint because First Grievance was unsuccessful and not remedied, it could have prevented the events of Second Grievance from occurring if relief was given. NO RESPONSE was timely received and NO EXTENSION was filed, under the 15 working days allotted by the PLRA. Plaintiff, **MARK THOMAS WARD BOISEY** appealed the grievance to the Facility Manager on October 20, 2024. Received notice of Denial on October 22, 2024, dated October 18, 2024, three (3) days after expiration of response deadline. After recieving denial from Facility Manager, Plaintiff filed a timely Final Grievance on November 25, 2024, to the Department of Corrections Central Office, Mechanicsburg. INORDINATE DELAY, No Decision.

### V. **LEGAL CLAIMS**

17.    Plaintiff realleage and incorporate by reference paragraphs 1-16.

18.    The Medical Malpractice, Negligence, Unnecessary and wanton infliction of pain, violated Plaintiff, **MARK THOMAS WARD BOISEY's** rights and constituted a Due Process violation, Right to Medical care, Cruel and Unusual Punishment under the Eighth Amendment to the United States Constitution.

# VI. <u>PRAYER FOR RELIEF</u>

**19**.   **WHEREFORE**, Plaintiff respectfully prays that this Court enters judgment granting Plaintiff:

**20**.   A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and Laws of the United States and the Commonwealth of Pennsylvania.

**21**.   A Preliminary and Permanent injunction ordering Defendants, **DR. LAUREL HARRY, JOSEPH TERRA, BRITNEY HUNER, ANNE LEWIS, S.D. EDWARDS** to properly address the Medical conditions, needs, and health care inmates rely on at State Correctional Institution Phoenix and state wide; To hold those accountable who fail to meet their sworn duties.

**22**.   Plaintiff, **MARK THOMAS WARD BOISEY,** seeks Comensatory Damages in the amount of $100,000.00 (One-Hundred Thousand USD) against each Defendant, jointly and severally.

**23**.   Plaintiff seeks Punitive Damages in the amount of $100,000.00 (One-Hundred Thousand USD) against each Defendant.

**24**.   Plaintiff, **MARK THOMAS WARD BOISEY,** seeks relief in requesting this Honorable United States Eastern District Court to Honor an Early Release for Plaintiff as no such relief that can safeguard the harm sought on/against Plaintiff by the Pennsylvania Department of Corrections, clear and evident measures have been done that individual well being and patient care is not a prority for this Administration.

**25**.   Plaintiff also seeks a jury trial on all issues triable by jury.

**26**.   Plaintiff also seeks recovery of his in costs in this suit.

**27**.   Any additional relief this Court deems just, proper, and equitable.

Date: _FEBURARY 14, 2025_

Respectfully submitted,

Mark Thomas Ward Boisey
Plaintiff, *Pro Se*

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at State Correctional Institution  Phoenix, Collegeville, Pennsylvania on

**FEBURARY 14, 2025**

**MARK THOMAS WARD BOISEY**
PLAINTIFF, *PRO SE*

# APPENDIX

**APPENDIX A:**

Grievances filed to Dept. of Corrections to resolve continuous Medical issues.

**APPENDIX B:**

Medical records from September 2-3, 2024, Einstein Hospital, Montgomery County.

**APPENDIX C:**

Medical call-out slip for Keep on Persons (KOP) medications. Time stamped.

**APPENDIX D:**

Current daily medications

**APPENDIX E:**

Letter from Senator Tracy Pennycuick to Pa. Dept. of Corrections Secretary, Dr. Laurel Harry, and Supintendent, Joseph Terra.

**APPENDIX F:**

Sworn Affidavit's from four (4) individual witnesses of Plaintiff's medical emergency.

**APPENDIX G:**

Sworn Affidavit of treatment of retailiation to Plaintiff for the Grievances during the process of this claim.

APPENDIX A

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

## OFFICIAL INMATE GRIEVANCE

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: PHOENIX | DATE: SEPTEMBER 21, 2024 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) MARK THOMAS WARD BOISEY    NO. QP5134 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: VETERAN SERVICE UNIT PEER ASSISTANT LIAISON | HOUSING ASSIGNMENT: SIERRA DELTA 1315  VETERAN SERVICE UNIT | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

I am requesting monetary amount of $1,000,000.00 for negligence, cruel and unusual punishment, and violation(s) to my Eighth Amendment of my Constitutional Rights.
On September 2, 2024, I underwent a severe medical emergency rendering myself helpless and needing urgent critical care around 18:30. The medications I am prescribed to stabilize Blood Pressure had been unavailable for seven (7) days leading up to this devastating medical emergency. The absence of medications due to the unfilled prescription and unsuccessful renewal process. I requested to see a Doctor at Medical waiting area, clutching my chest, sweating, breathing heavily, and feeling faint, I was instructed by the stationed Corrections Officer Edwards, that I could not be seen and was ordered to walk back to the housing unit while being both visually and physically impaired by my current medical crisis. I asked an inmate, Robin Shaw to assist with walking back to the housing unit to report. Once arriving at my housing unit I requested to the commanding officer that I needed medical attention Now. Officer Dorsey followed request up and told me to return to medical. Walking back to the medical department alone and barely able to stay erect I arrived at medical. The triage Certified Registered Nurse Practioner conducted several test insisting I was on drugs or having an anxiety attack. My Blood Pressure was 155/93 at the time of arrival, dramatically outside the scope of normal ranges. After the initial evaluation the CRNP contacted the on call Doctor via zoom. The Doctor requested to speak with me and I did meet with him. Doctor was given the onsets of current
SEE ATTACHED PAGE 1.

B. List actions taken and staff you have contacted, before submitting this grievance.

APRIL 28, 2024-Ran Out of KOP medications, requested for refill with Medical sick call slip 10 days prior to running out.MAY 27, 2024-Ran Out of KOP medication,Renewal Bar Codes submitted for refill during Nightly Medicine Line at Medical Department.AUGUST 26, 2024-Ran Out of KOP medications, Handed Medical Sick call request with Bar codes for refill to Male Nurse during Institution lock down on AUGUST 15, 2024, 11 days prior to running of Medicine.AUGUST 28, 2024
SEE ATTACHED PAGE 1.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____     _____
Signature of Facility Grievance Coordinator                                   Date

WHITE Facility Grievance Coordinator Copy      CANARY File Copy      PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*

conditions. The Doctor stated he is expeditiously arranging transport to the outside Hospital immediately. The CRNP then instructed the me to sit in a room adjacent from triage to wait, I was alone, isolated and unsupervised for ten to fifteen (10-15) minutes until the ambulance arrived and I was transported to Eienstein Hospital. In the moments of this medical emergency my life was in danger, I thought I was going to die from the pain and trauma, because medical neglected to give me Chronic daily medications. This could have been avoided had the Department of Corrections and The Medical Administration given me my prescribed daily Chronic Medications that were requested before I ran out of them, as instructed I always follow protocol in the renewal process. This is malice and neglect on several PROFESSIONALS behalf.

## CONTINUED FROM BLOCK "B"

-Requested KOP medication during evening Medicine line at Medical Department. Nurse GiGi gave me a three day supply of LOPRESSOR 50mg and instructed me to take double the dosage. She could not give me my KOP medication refill.AUGUST 28, 2024 — Wrote two Medical request slips. The first slip was for a request to refill KOP medications, stated that I was "out" and needed them as soon as possible. The second, was request to be seen to review my Lab results from my blood work taken June 10, 2024. **AUGUST 30, 2024** — I was called to medical at 09:32 to be seen at Medical Sick call. Met with the CRNP, she resulted my Blood work "labs" and I told her about my medication being out since Monday the 26th of August, she stated "no one renewed them in our system and she would in fact do that now", I explained the onset of symptoms I was currently having at the visit and she recommended a new "lab" for my thyroid. Never minding the fact I was out of my blood pressure medication for days. I insisted again for my KOP and I was told I would have to wait for the daily call out to get them. **AUGUST 31, 2024**-I requested for my KOP medication to the Nurse at the Nightly medicine line in Medical Department. **SEPTEMBER 1,2024**-Requested medicine during Nightly Medicine line in Medical Department. **SEPTEMBER 2, 2024**-Having many onsets of non stable ANGINA, racing heart beat, sweating, fatigue, numbness, shortness of breath. Reported to medical officer and was told by C/O EDWARDS to return to housing unit and tell my block officer to call medical where I was just at. Sent me back to Medical Triage, examined and was sent to Hospital ER by AMBULANCE by the On call Doctor expeditiously. **SEPTEMBER 2-3,2024**-MEDICAL EMERGENCY, HOSPITAL, Eienstein Hospital, Montgomery. **SEPTEMBER 3,2024**-Follow up 6 hours after my arrival back at SCI PHOENIX, CRNP instructed me that the explanation of the Medical situation I just suffered was from "GERD" which I am diagnosed with and she increased the Daily dosage from 20mg to 40mg. I again requested my KOP medications and the CRNP stated "I am not a Pharmacy", you have to wait for the call out. **SEPTEMBER 4,2024**-My Mother contacted Central office to identify the issue of why the Medical Department here at PHOENIX are refusing to give me my KOP medication. including Lopressor 100mg 2x daily, Lopid 600mg 2x daily, Priolsec 40mg, HCTZ 12.5mg,**SEPTEMBER 4, 2024** — SGT. Green on my housing unit called Medical on my behalf and said I needed my KOP medications. He was told to tell me to go to the Medical Department at "insulin call in the evening to get the KOP's I needed". Once arriving at Medical at 17:30 the Nurse said I can not help you I am doing insulin, I was directed to the Triage where the Nurse that seen me on September 2 was sitting on the computer. She rolled her eyes and said hang on while grabbing the phone after I requested my KOP medications and told her I was instructed to come grab them. She contacted Nurse George, he stated he would only give me my Lopressor and HCTZ. I grabbed them and returned to my housing unit. **SEPTEMBER 7,2024**-I am on the daily call out for KOP medication. 13 days without receiving my KEEP ON PERSON (KOP) MEDICATION refill.**SEPTEMBER 9, 2024** — Requested to be seen for a medication evaluation, Blood Pressure Med's.**SEPTEMBER 16, 2024** — SECOND REQUEST to be seen for evaluation and ongoing issues relating to High Blood pressure.**SEPTEMBER 18, 2024** —I had LABS drawn at 07:00,then SICK CALL, seen by Physicians Assistant Elliot, took BP 136/80, PA scheduled WEEKLY Blood pressure checks and placed on CHRONIC CARE visits for my HYPERTENSION,WEEKLY BLOOD PRESSURE CHECKS SCHEDULED EVERY WEDNESDAY

**Superintendent's Office**
**SCI Phoenix**

SEP 2 3 2024

**Received**

PAGE 1.

Mark Thomas Ward Boisey
INMATE NO. QP5104

**PA**

# Initial Review Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

10/18/2024 03:25

| | | | |
|---|---|---|---|
| **Inmate Name:** | BOISEY, MARK THOMAS WARD | **DOC #:** | QP5104 |
| **Facility:** | Phoenix | **Unit Location:** | S / D-1015 |
| **Grievance #:** | 1109465 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

### Decision: Grievance Denied

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

### Response:

Mr. Boisey you stated, "He states that he is requesting monetary amount of 1,000.000.00 for negligence, cruel and unusual punishment and violations to his eight amendments of his constitutional's rights".

<u>09/18/2024</u> - Seen by PA Yodh during sick call; ESC - wants BP checked. Patient reports he is on metoprolol and HCTZ for his BP, stopped drinking excess coffee and does his best to limit his salt. Patient reports he is not on CCC and has not seen anyone yet regarding his HTN medications. Is this related to sick call: Yes. Was inmate charged: No. Left arm BP - 136/84, Cardio - normal S1/S2, RRR, no murmurs. Assessment: HTN Plan Information: Tx pass for Weekly BP checks on Wednesdays x 90 days. Patient had bloodwork done for his next CCC appointment. Encouraged patient to avoid salt, increase CV exercise and to lose some weight - patient verbalized understanding and will comply. Provider Line follow-up needed: No. As per PA Yodh.

<u>10/07/2024</u> - Seen by CRNP Senkowski during Chronic Care Clinic, DC-440C - Preventive Health Risk Assessment Tool - Male and DC-440A - Use of Force Clearance/Contraindications Form completed.

No pending consult at this time. Grievance and all requested relief are Denied.

| | |
|---|---|
| **Signature:** | |
| **Name:** | M. Savage |
| **Title:** | |
| **Approver:** | K. Owens /ko |
| **Date:** | October 18, 2024 |

CC:  Facility Grievance Coordinator
DC-15

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-D**

QP5104    Grievance #:    1109465

Issued: 1/26/2016  Effective: 2/16/2016

BOISEY, MARK THOMAS WARD

Page1 of 1



| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| QP5104 | MARK T.W. BOISEY | VSU SD1015 | OCTOBER 20, 2024 | 1109465 |

**I received my initial response from the Grievance Office/Coordinator on** _____ **and have the following appeal issues.**

NO RESPONSE<br>TIMELY FILED RESPONSE EXPIRED

### Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

### Please provide a BRIEF (no longer than two pages) appeal statement.

Grievance filed SEPTEMBER 21, 2024, NO Response, 15 working days has EXPIRED and NO notice of EXTENSION received/filed TIMELY. I am requesting Compensatory Damages in the amount of $1,000,000.00 for the Neglect and harm brought upon me. As an American Citizen we are safeguarded by the U.S Constitution, under these rights your ADMINISTRATION has cause my life harm by the mal-practice, and neglect of Medical care. I am damaged and now have fear for my safety and well being under the Pennsylvania Department of Corrections Care. The infractions that sent myself to Emergency Room on September 2, 2024 should have never happened, unfortunately it did. I can not expect or depend on this ADMINISTRATION to take care of me as proven by your Departments actions. I requested basic need i.e. Timely Medication Refills, and Basic Medical Care. All requests have been ignored and have been side lined, no responsibility has been taken and the blame is shifted to my fault(s). I have timely filed requests for Medications every month for Medications since being in the DOC (MARCH 8, 2023). Since Jan.1,2024-PRESENT I have ran out of Chronic Care Medication(s) 3 out of 10 months. UNACCEPTABLE I hereby ask you to bring forth the relief I am requesting and write the wrongs done to me by you ADMINISTRATION with my requests.

INMATE SIGNATURE: _____

Superintendent's Office
SCI Phoenix

OCT 21 2024

Received

*Attachment 2-A*


## pennsylvania
### DEPARTMENT OF CORRECTIONS

**TO:**   M. Boisey, QP5104
S-D-1015-02

**FROM:**   *G. Orlando*
G. Orlando
Facility Grievance Coordinator

**DATE**   November 5, 2024

**RE:**   Grievance Appeal 1109465

Grievance appeal 1109465 was received by this Office on 10/21/2024.   In the appeal(s) you state that you have not received an initial review response for this same grievance.

Please know that you cannot appeal the grievance before a response is approved, completed, and received by you.

At this time, I am returning your grievance appeal with a copy of the initial review response completed and processed on 10/18/2024.

Thank you.

# Facility Manager's Appeal Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

11/21/2024 11:11

| Inmate Name: | BOISEY, MARK THOMAS WARD | DOC #: | QP5104 |
| Facility: | Phoenix | Unit Location: | S/D / 1615 - 02 |
| Grievance #: | 1109465 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

## Decision: Uphold Response

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

## Response:

I am in receipt of your grievance appeal in which you claim on 9/2/2024, you had a medical emergency in which you needed critical care around 18:30 hours. You claim the medications prescribed to stabilize blood pressure have been unavailable for 7 days. Your blood pressure was 155/93. Transport to an outside hospital was being arranged and you were told to sit in an adjacent room to wait alone. You were transported to Einstein Hospital. You claim on 8/26/2024, you ran out of KOP medications, handed medial sick call request with bar codes for refill to male nurse during medications. On 8/30/2024, you were called to medical at 0932 to go over your lab results. You were told that no renewal was received. Requested relief: $1,000,000,000 for negligence, cruel and unusual punishment, and violation to your 8th Amendment

In my investigation, I find that the response by RNS Savage is appropriate. Documentation indicates on 9/18/2024, you were seen by PA Yodh during sick call as you wanted your blood pressure checked. You reported that you are not on Chronic Care Clinic and have not seen anyone yet regarding your HTN medications. Assessment: HTN Plan Information: Tx pass for weekly blood pressure checks on Wednesdays x 90 days. On 10/7/2024, you were seen by CRNP Senkowski during Chronic Care Clinic. No pending consult at this time.

Additional information will not be addressed as it was not included in the initial grievance.

I will uphold the decision of the grievance officer and deny your appeal and all requested relief.

| Signature: | |
| Name | J. Terra |
| Title: | Facility Manager |
| Date: | 11/21/24 |

CC: DC-15
File

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| QP5104 | MARK T.W. BOISEY | SCI PHOENIX | NOVEMBER 25, 2024 | 1109465 |

I received my appeal from the Superintendent on _NOVEMBER 21, 2024_ and have the following appeal issues.

**Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.**
**Appeals must relate to the issue presented in the initial grievance and 1st level appeal.**

## Please provide a BRIEF (no longer than two pages) appeal statement.

I am requesting Compensatory Damages in the amount of $1,000,000.00 USD for the neglect and harm brought upon me from your Administration. The medical malpractice and negligence of your staff on several occasions this year rendered me with a Medical Emergency. These violations of my U.S. Consitutional Rights and caused me severe pain and suffering along with Unnecessary and Wanton infliction of pain. Due to the nonexistence of responsibility be taken to correct the continued malice this Administration gives its patients (inmates). Three (3) out of ten (10) months I ran out of Chronic Care medications due to the neglect of services by your staff. Head Nurse Anne Lewis, Nurse George, Physicians Assistant Yodh, Physicians Assistant Ashley, and several others refused me medications upon several written and verbal requests for in some cases leaving me without medications for weeks. I have followed every "Policy and Protocol" to renew and receive my medications on-time before running out, in the majority of my renewal request they went unanswered and ignored. This constant struggle to receive basic medical care leaves me severely handi-capped as I rely on these medication for stay alive and healthy. Unfortunately, that situation happened on September 2-3, 2024, as I had a critical medical emergency that lead me to a trip to the Einstein Hospital, Montgomery County. I should not and will not accept this and you should not have allowed this to of happened under your care. Not once have any medical staff or Administrative staff contacted me to resolve any of the ongoing issues that still exist that is appalling. I asked this Administration including you for relief in the form of just ensuring me I would receive my medications on time without lapse. You denied the actions, your Administration has denied all such relief. I am a Veteran, Son, Brother, Father, Nephew and Grandson of someone. How do you justify your lack of responsibility, neglect, malice, and ill intent.

INMATE SIGNATURE: _____

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050



01/17/2025 02:52

| Inmate Name: | BOISEY, MARK THOMAS WARD | DOC #: | QP5104 |
|---|---|---|---|
| SCI Filed: | Phoenix | Current SCI: | Phoenix |
| Grievance #: | 1109465 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", this Office has reviewed the documents submitted; including your initial grievance, the grievance officer's response, your appeal to the facility manager, the facility manager's response, and the issues you raised to final review. Upon completion of this review, it is the determination of this Office to solicit input from an appropriate Central Office Bureau relative to the issue(s) raised in your grievance. Therefore, please be advised that the final review decision will be delayed pending review by the office to which it has been referred. Upon completion of this review, however, a determination will be made and you will be provided with a final appeal decision in writing.

**Action: Referral**

**Bureau/Office:**

- Health Care - Referral Date : 01/17/2025

| Signature: | *Keri Moore for* |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 01/17/25 |

cc:  DC-15/Superintendent - Phoenix
Grievance Office

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
|---|
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: PHOENIX | DATE: 08/31/2024 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) MARK T.W. BOISEY    QP5104 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: VSU PEER ASSISTANT | HOUSING ASSIGNMENT: | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

Medical Department has let my medication for HYPERTENSION expire now 3 out the 9 months this physical year. I have followed exact method of orders given to me for renewal of medications BEFORE I run out. However on 3 occasions this year alone already I have ran out of my medication because the Medical Department has not provided the medication to me, leaving me unable to perform normal functions and tasks daily. This current stint that I have run out of medication 08/26/2024 — still no medication... This is extremely uncalled for and not acceptable! I have been having an elevated racing heart since Monday, 8/26/24 to present. Heart palpations, sweating, fatigue, headaches, and chest pain because my Blood pressure is high. I refuse to be treated this way and it is very possible I have I have a heart related crisis and worse may die. All because after complying with policy and procedures of getting my medication timely refilled the Medical Department simply does not care. I have given adequate time for a refill before I have to experience this exact situation and here I am suffering from the malice of someone in the Medical Department. This needs to be remedied as soon as possible and will not be acceptable to happen again going forward. I had blood work on June 10, 2024, at MY
SEE ATTACHED PAGE 1

**B.** List actions taken and staff you have contacted, before submitting this grievance.

April 26, 2024 — ran out of KOP Medications, turned in Medical sick call slip with refill Barcodes, 10 days prior to expiration
May 27, 2024 — ran out of KOP Medication, turned in refill Bar codes at Medication line window.
SEE ATTACHED PAGE 2

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          9/4/2024
Signature of Facility Grievance Coordinator                    Date

WHITE Facility Grievance Coordinator Copy      CANARY File Copy      PINK Action Return Copy
GOLDEN ROD Inmate Copy

***DC-ADM 804, Inmate Grievance System Procedures Manual***
***Section 1 – Grievances & Initial Review***
Issued: 1/26/2016
Effective: 2/16/2016

***Attachment 1-A***

request. I was charged for that because I need to maintain my health since I have a CHRONIC Medical issue (HYPERTENSION). I requested for "LAB" results in July without any response. I then reached out on August 28, 2024 when I resubmitted a KOP refill for the second time this month. I was seen for Lab results August 30, and was told I need further blood work for my THYROID. I am currently awaiting that. Medical is not transparent with their patients, they are quick to charge you the Co-Pay without authorizing and obtaining a signature but they simply have neglected the patients actual needs with necessary care. I need my medications and I need them not to lapse, I need STANDARD care for annual physicals for my HYPERTENSION.

Mark T.W. Boisey

PAGE 1

Superintendent's Office
SCI Phoenix

AUG 3 0 2024

Received

August 26, 2024 - ran out of KOP Medication, turned in refill Bar codes to Male Nurse during August 15 institution lock down.

August 28, 2024 - I wrote SECOND refill medical sick call slip for KOP refills, and wrote a SECOND medical sick call slip for blood work results.

August 29, 2024 - went to nightly medication line and asked Nurse for my Blood pressure medication and explained I was out and needed more, (GIGI) Nurse provided me with a 3 day supply of LOPRESSOR 100mg to hold me over until I get my KOP medication.

August 30, 2024 - Called for Medical Sick Call, seen Doctor, she resulted my Blood work and informed me I needed further "LABS" for my Thyroid. I also ask for my Blood Pressure medication and explained my situation.

August 31, 2024 - Still no KOP medication for Blood pressure and I am not on the "Call Out" for the weekend for a refill. So I am still without my CHRONIC MEDICAL MEDICATION.

Superintendent's Office
SCI Phoenix

AUG 3 0 2024

Received

Mark T.W. Boisey



# Initial Review Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

09/18/2024 03:27

| Inmate Name: | BOISEY, MARK THOMAS WARD | DOC #: | QP5104 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | S/D / 1015-02 |
| Grievance #: | 1106490 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision:Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

Mr. Boisey,

You grieve that your hypertension medications have been expired three out of the nine months of this year. You state that you have followed exact method of renewal before running out of medication. You state that you have run out of medication since 8/26/24 and haven't received your medication as of the date of the grievance which is 8/31/2024. You request to have your medications when appropriate and have them not lapse. A review of your medication orders shows that from March of 2023 your Metoprolol for your blood pressure had active orders until 9/22/2023. The next order was active from 9/22/23 until 4/10/24. The following order has been active from 4/10/24 and won't expire until 11/5/2024. At no point were your blood pressure medications inactive. The medications are renewable or refillable every 30 days. When the staff receives notification from you whether it is on a sick call form or a DC135 form we process the refills. They then come into the pharmacy the next day. The KOP medication call outs are scheduled by medical records. From a medical standpoint there aren't any lapses in medication orders noted in your medication administration record. Your grievance and requested relief are denied.

| Signature: | |
|---|---|
| Name: | E. Caligiuri |
| Title: | |
| Approver: | G. Orlando *GO* |
| Date: | 9/18/2024 |

CC: Facility Grievance Coordinator
DC-15

# INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| QP5104 | MARK T.W. BOISEY | SCI PHOENIX | OCTOBER 20, 2024 | 1106490 |

I received my appeal from the Superintendent on NO RESPONSE TIMELY FILED RESPONSE EXPIRED and have the following appeal issues.

### Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

### Please provide a BRIEF (no longer than two pages) appeal statement.

As an inmate at SCI Phoenix I have followed every timely protocol to address the issues that are rendering me harm in the addressed/filed Grievance. Running out of Medications is NOT acceptable and I as an inmate am held to a standard, then PROFESSIONALS without saying should be held higher. I have NOT received a response from my appeal to the Facility Manager DATED SEPTEMBER 24, 2024, the allotted 15 working days has EXPIRED. NO notice of EXTENSION was filed/given and no one has addressed this issue TIMELY. That being said I am filing this FINAL appeal to ask for care I am requesting in my Grievance. Basic CONTINUED Chronic Care, Medications not to run out, and BASIC needs to be met. It is appalling that no one can own the wrongs done to me in this matter, simply "ignoring the requests" and writing off my concerns is EXTREMELY inappropriate. The time I am here shouldn't involve me as an American Citizen to have to fight this ADMINISTRATION for my rights that they are breaking. I am requesting this relief for my Health and well being, not for a selfish frivolous gain. It is Paramount that Medical Department and the DOC Staff are held responsible for all of us here under your care.

INMATE SIGNATURE: _____

## Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of information associated with your intent to appeal a grievance (identified below, if available) to final review, to communicate your concern(s) to the Secretary's Office of Grievances and Appeals, and/or to check the status of review related to your matter.

| Inmate Name: | Mark Boisey | Inmate Number: | QP5104 |
|---|---|---|---|
| SCI Filed at: | Phoenix | Current SCI: | Phoenix |
| Grievance # (if available): | 1106490 | | |

| | | |
|---|---|---|
| | | a) You have already received final disposition/review on this issue through this Office. |
| | | b) This Office has no prior record of receipt of an appeal from you regarding this issue. |
| | | c) You have already filed a grievance to seek review and resolution of this matter. |
| | | d) You are encouraged to work through institutional channels to resolve your complaint initially. If unable to resolve your complaint informally, be advised that DC-ADM 804 provides a mechanism for all inmates to seek formal resolution for concerns. |
| | | e) You failed to provide the official grievance number for identification purposes. |
| | X | f) Your claim to have grieved and/or appealed this concern at the institutional level without response does not entitle you to direct appeal to final review. Rather, contact the Grievance Coordinator or Facility Manager's office regarding the status of your appeal. |
| | | g) You have not yet appealed this issue to the Facility Manager. Final review will not be granted until you do so. Upon receiving a response from the Facility Manager at the respective facility, you may once again submit a timely written appeal to this Office for final review. Be sure that your appeal to this office includes **all** the necessary documents as outlined in DC ADM 804. If **all** documents are not received with your appeal, it may be dismissed. This response does not grant you a right to an appeal if it would otherwise have been untimely to pursue that appeal to the Superintendent. |
| | X | h) Your grievance and/or correspondence is being filed without further action for the reason(s) specified in the Comments/Action Taken section below. |
| | | i) The following action has been taken in response to the inquiry, request, or concern communicated in your letter. |

| Comments/Action Taken: |
|---|

Your appeal to final review of the above listed grievance number dated 10/20/24, cannot be accepted at this time as you indicate that you have not received a response from the Facility Manager. In accordance with the DC ADM 804, an appeal to final review cannot be sought until you have appealed to the Facility Manager and receive their response. Review of the record finds that the Facility Manager completed their response for this grievance on 10/18/24. If you need a copy of their response, you may request one from the Facility Grievance Coordinator at SCI PHX in accordance with the DC ADM 003. Should you remain dissatisfied with their response, you may submit a new written appeal to this office for final review as well as a copy of the Facility Manager's response. You are encouraged to review the DC ADM 804 to familiarize yourself with the proper submission procedures.

| Signature: | Keri Moore   *KM* | Title: | Assistant Chief Grievance Officer |
|---|---|---|---|
| Date: | 10/31/24 | | |

KLM/TAK

cc: DC-15/Superintendent – PHX
    Grievance Office



# Facility Appeal Extension
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

10/18/2024 02:40

| | | | |
|---|---|---|---|
| Inmate Name: | BOISEY, MARK THOMAS WARD | DOC #: | QP5104 |
| Facility: | Phoenix | Unit Location: | SID/ 1015 -02 |
| Grievance #: | 1106490 | | |

In accordance with the provisions of DC-ADM 804, Inmate Grievance System policy, this notification provides notice that staff requires an extension for responding to your grievance.

**Action:**

**Notice of Staff Extension –** This serves as written notification that an extension is necessary in order to appropriately investigate and respond to your grievance (or appeal). Staff has been authorized to extend the response time by 10 additional working days.

**Comments:**

| | |
|---|---|
| Signature: | G. Orlando for |
| Name: | J. Terra |
| Title: | Facility Manager |
| Date: | 10/18/2024 |

cc:  Facility Manager
     DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

Section 1 - Grievances & Initial Review, Attachment 1-E

Issued: 1/26/2016  Effective: 2/16/2016

QP5104    Grievance #:       1106490

BOISEY, MARK THOMAS WARD

| Inmate Name: | BOISEY, MARK THOMAS WARD | DOC #: | QP5104 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | S/D/1015-02 |
| Grievance #: | 1106490 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision:Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I am in receipt of your grievance appeal in which you claim on 8/26/2024, you ran out of your medication. You have no medication for hypertension. You claim that the medical department has let your hypertension medication expire 3 out of the 9 months this year. You have followed the orders given to you for renewal of medications before you run out. However, on 3 occasions this year, you have run out of your medication because the medical department has not provided it to you. You requested for lab results in July without any response. On 8/28/2024, you resubmitted a KOP refill for the second time. You were also told that you need further bloodwork for your thyroid.

In my investigation, I find that the response by RNS Caligiuri is appropriate. Documentation indicates that you had active orders for Metoprolol for you blood pressure from March 2023 until 9/22/2023. The next order was active from 9/22/2023 until 4/10/2024. The current order has been active from 4/10/2024 and won't expire until 11/5/2024. Medications are renewable or refillable every 30 days. When staff receive a notification from you via a sick call form or a DC-135A form. They aren't any lapses in medication orders noted in your medication administration record.

Additional information will not be addressed as it was not included in the initial grievance.

I will uphold the decision of the grievance officer and deny your appeal and all requested relief.

| Signature: | |
|---|---|
| Name | J. Terra |
| Title: | Facility Manager |
| Date: | |

CC: DC-15
File

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 2 - Appeals, Attachment 2-B**

Issued: 1/26/2016  Effective: 2/16/2016

QP5104    Grievance #:    1106490

BOISEY, MARK THOMAS WARD

Page 1 of 1

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| QP5104 | MARK T.W. BOISEY | SCI PHOENIX | NOVEMBER 11, 2024 | 1106490 |

I received my appeal from the Superintendent on __10/18/2024__ and have the following appeal issues.

### Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

### Please provide a BRIEF (no longer than two pages) appeal statement.

I generated the Final Grievance in accordance with the DC-ADM 804 and the PLRA's specific instructions. Administration failed to procure a response within the 15 working days without proper notice prior to deadline. Therefore I was inclined to exhaust the next step, to file the Final Grievance on October 20, 2024. October 18, 2024 at 1442 hrs the Facility Manager response was generated on a Friday, this administration does not distribute "Prison Mail" until if you are lucky the next business day. In this case I received BOTH Facility Manager Response and Facility Extension notice on October 22, 2024 at 1100 hrs six(6) days past the 15 working day deadline for response. This is a prime example of the irresponsibility this Administration produces to the PA. D.O.C. inmates. Furthermore, as an inmate at SCI Phoenix I have followed every timely protocol to address the issues that are rendering me harm in the addressed/filed grievance. Running out of medications is not acceptable and as an inmate I am held to standards, then these Administrative Professionals without a saying should be held higher. I am requesting basic continued Chronic Care, and Medications not to run out. Basic Medical needs to be met. It is appalling that no one can own the wrongs done to me in this matter, simply "ignoring the request" and writing off my concerns is extremely inappropriate. The time I am here shouldn't involve me as an American Citizen to have to fight this Administration for my Human Rights, that you are breaking. I am requesting this relief for my Health and well being not a frivolous selfish gain. It is Paramount that Medical Department and the D.O.C. Staff are held responsible for all of us under your care. Thank you for your attention to this urgent matter.

Notice dated October 31, 2024 was received November 7, 2024 stating to submit a new written appeal to this office for Final review. Per DC-15 from Assistant Chief Officer, Keri Moore.

INMATE SIGNATURE: _____

# Grievance Referral
# (Notice to Inmate)

### Secretary's Office of Inmate Grievances & Appeals
### Pennsylvania Department of Corrections
### 1920 Technology Parkway
### Mechanicsburg, PA 17050



12/24/2024 10:34

| Inmate Name: | BOISEY, MARK THOMAS WARD | DOC #: | QP5104 |
|---|---|---|---|
| SCI Filed: | Phoenix | Current SCI: | Phoenix |
| Grievance #: | 1106490 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", this Office has reviewed the documents submitted; including your initial grievance, the grievance officer's response, your appeal to the facility manager, the facility manager's response, and the issues you raised to final review. Upon completion of this review, it is the determination of this Office to solicit input from an appropriate Central Office Bureau relative to the issue(s) raised in your grievance. Therefore, please be advised that the final review decision will be delayed pending review by the office to which it has been referred. Upon completion of this review, however, a determination will be made and you will be provided with a final appeal decision in writing.

### Action: Referral

### Bureau/Office:

- Health Care - Referral Date : 12/24/2024

| Signature: | Keri Moore for |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 12/24/24 |

cc: DC-15/Superintendent - Phoenix
Grievance Office

---

APPENDIX B



**EINSTEIN HEALTHCARE NETWORK**
**AUTHORIZATION TO RELEASE**
**PROTECTED HEALTH INFORMATION**

(PLACE PATIENT ID LABEL HERE)

| | |
|---|---|
| Mark T Boisey | 07/02/1988 |
| Patient Name | Date of Birth |
| 1200 mokychic drive | Collegeville, PA, 19426 |
| Address | City, State, Zip Code |
| Home Phone Number | Work Phone Number |

**RELEASE OF INFORMATION TO:**

Name/Organization: Stephanie ann ford - eDelivery to: hope7776329@gmail.com

Address: 313 Lincoln St., Exeter, PA,

City, State: Exeter, PA          Zip Code: 18643      Telephone #: _____      Fax #: _____

**INFORMATION TO BE DISCLOSED COVERING THE FOLLOWING PERIOD(S): (Must be Specific)**

Specify Dates of Treatment: 09/02/2024 to 09/03/2024

Records from: Einstein Medical Center Montgomery - emergency department

**PURPOSE OR NEED FOR THE DISCLOSURE IS:**

☐ Continued Care          ☐ Third Party/Insurance Review          ☐ School Registration
☐ Legal Consultation      ☐ Benefits Assignment                   ☐ Camp Registration
☐ Patient's Own Use       ☑ Other: _____

**INFORMATION TO BE RELEASED:**

☑ Designated Record Set/Abstract     ☐ Discharge/Clinical Summary     ☐ Immunization Record
☐ Operative Procedure Report         ☐ Consultation Report(s)         ☐ History & Physical Report
☐ Laboratory Report                  ☐ Pathology Report               ☐ Radiology Report
☐ Emergency Record                   ☐ Other: _____
☐ Entire Medical Record for Visit(s) specified above

**EXPIRATION DATE:**

Specify Date, event, or condition upon which this consent will expire unless revoked at an earlier date/time.

I understand that my records are protected under the Health Insurance Portability and Accountability Act, Federal Privacy Act, P.L. 93-575, the Federal Alcohol and Drug Abuse Act, P.L. 92-282, the Pennsylvania Mental Health Procedures Act, 1976 and the Pennsylvania Confidentiality of HIV Related Information Act, and therefore cannot be disclosed without my written consent unless otherwise provided for in the regulations. Under the Mental Health Act, this authorization expires one (1) month from the date of my signature. Under the Federal Alcohol and Drug Abuse Act, this authorization shall become void ninety (90) days from the date of my signature. In addition, I understand that I may revoke this authorization (except to the extent that action has been taken in reliance thereon) at anytime by written, dated communication to the Einstein Healthcare Network and/or that my consent expires under the circumstance above. I understand that once copies of my information are provided, EHN cannot prevent re-disclosure by the recipient.

I understand that any information disclosed in response to this request will not include information related to my treatment for AIDS/HIV, psychiatric care and treatment, treatment for drug and alcohol abuse unless specifically checked below. An authorization for psychiatric care/treatment notes may not be combined with any other general release of information request.

☐ AIDS/HIV Information     ☐ Psychiatric Care/Treatment     ☐ Treatment for Drug and Alcohol Use/Abuse

| | | | |
|---|---|---|---|
| | | | ☐ AM ☐ PM |
| Patient's Signature | Patient's Printed Name | Date of Authorization | Time |
| *Stephanie a. ford* | Stephanie ann ford | 09/23/2024 9:50 am EDT | ☐ AM ☐ PM |
| Signature of Parent / Legal Guardian / Legal Representative | Printed Name of Parent / Legal Guardian / Legal Representative | Date of Authorization | Time |
| Parent | | | |
| Relationship to Patient | | | |
| | | | ☐ AM ☐ PM |
| Witnessed By | Witness Printed Name | Date | Time |

SUPPORTING DOCUMENTATION - Uploaded by Requestor

Commonwealth of Pennsylvania
County of Montgomery

I, _Mark Thomas Ward Boisey_

of SCI-Phoenix, 1200 Mokychic Dr., Collegeville, PA 19426,  do hereby appoint:

_Stephanie Ford (NATURAL BORN MOTHER)_

of _250 East Green Street Nanticoke Pa 18634_
as my agent ("my agent") with full power of substitution, for me and in my name, to transact all my business and to manage all my property and affairs as I might do if personally present, including but not limited to exercising the following powers: (check all that apply)

### DURABLE POWER OF ATTORNEY

This power of attorney shall not be affected by my subsequent disability or incapacity.  All acts done by an agent pursuant to a durable power of attorney during any period of disability or incapacity of the principal have the same effect and inure to the benefit of and bind the principal and his successors in interest as if the principal were competent and not disabled.  Unless the power of attorney states a time of termination, it is valid notwithstanding the lapse of time since its execution.

### MANAGEMENT OF ASSETS

✓ 1. To create a trust for my benefit or to make additions to an existing trust for my benefit.

✓ 2. To claim an elective share of the estate of my deceased spouse.

✓ 3. To contact and consult with any attorney-at-law on my behalf.

✓ 4. To engage in real property transactions.

✓ 5. To engage in tangible personal property transactions.

✓ 6. To engage in stocks, bonds, and other securities transactions.

✓ 7. To engage in banking and financial transactions.

✓ 8. To borrow money.



| SENT | 09/23/2024 | Sent for signature to Stephanie ann ford |
| | 09:49:04 GMT-04:00 | (hope7776329@gmail.com) |

| VIEWED | 09/23/2024 | Viewed by Stephanie ann ford |
| | 09:49:06 GMT-04:00 | (hope7776329@gmail.com) |
| | | IP: 172.56.29.48 |

| SIGNED | 09/23/2024 | Signed by Stephanie ann ford |
| | 09:50:31 GMT-04:00 | (hope7776329@gmail.com) |
| | | IP: 172.56.29.48 |

| COMPLETED | 09/23/2024 | The document has been completed. (Request ID: |
| | 09:50:33 GMT-04:00 | QULGQXNF) |

| | | | |
|---|---|---|---|
| MRN: | 103183357 | FIN: | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | Sex/DOB: | Male 7/2/1988 |
| Registration Date: | 9/2/2024 | Discharge Date: | 9/3/2024 |
| Admission Date: | | | |

## ED Physician Record

| | |
|---|---|
| Document Name: | ED Physician Record |
| Performed By: | Pocquette DO,Savannah (9/3/2024 00:56 EDT) |
| Signed By: | HAYWARD MD,ABEM,KATHLEEN A (9/3/2024 08:21 EDT); Pocquette DO,Savannah (9/3/2024 01:25 EDT) |
| Authenticated By: | HAYWARD MD,ABEM,KATHLEEN A (9/3/2024 08:21 EDT); Pocquette DO,Savannah (9/3/2024 01:25 EDT) |
| Status: | Auth (Verified) |
| Date of Service: | 9/3/2024 00:56 EDT |
| Subject: | ED Physician Record |

**Date of Service:**
09/02/2024 21:07:20

**Basic Information:**

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Watson, Ronda | ED Registration | 09/02/2024 21:08:38 | |
| Pocquette DO, Savannah | ED Provider | 09/03/2024 00:15:58 | |
| HAYWARD MD,ABEM, KATHLEEN A | ED Attending | 09/03/2024 00:34:58 | |

**Chief Complaint:**
Pt is a prisoner, c/o a few hours of chest pain, SOB, nausea and dizziness.

**History of Present Illness:**
Historian: Patient
Additional history obtained or confirmed by: Not applicable
Limitations to obtain history: None
Interpretation Services: [Not applicable]

Patient is a 36-year-old male with past medical history of hypertension, GERD who presents with chest pain that started at 6:30 PM this evening. He reports the pain came on suddenly and was initially sharp but then became dull. The pain is located in his left chest, right around his nipple. He also reports difficulty taking a deep breath in because it worsens the pain. Reports the pain has gotten better and is dull, radiating into his shoulder at this time. He felt lightheaded, but this is also improved. Denies abdominal pain, nausea, vomiting, cough, fever, chills. He is not aware of any inciting factors. Has not tried anything for the pain yet. Denies recent trauma or illness. No known family history of heart disease or blood clots.

**Physical Exam:**
Initial Vital signs:
  TEMP: 36.3(Oral) HR: 79(Monitored) BP: 150/83 RR: 19 SpO2: 100% O2
  Ther: Room air O2 Fl: L/min Height: 177.8cm Weight: 117.48kg BMI: 37.162115kg
General: Alert, not in Acute Distress, responds appropriately to questions
Eyes: Anicteric sclerae, moist conjunctiva, EOM intact, PERRLA
HENT: Atraumatic, normocephalic, moist mucous membranes
Lungs: CTAB, no rales, no rhonchi, left sided TTP at the costochondral junction of the 3-5th ribs
Cardiac: RRR, no murmurs auscultated

**Problem List/Past Medical History:**
Ongoing
  GERD (gastroesophageal reflux disease)(Medical)
  Hypertension(Medical)
Historical
  No qualifying data

**Medication Administration:**
Administered:
**Medications:**
  acetaminophen, 975 mg, Oral (09/03/2024 00:54 EDT)

**Allergies:**
No Known Allergies

**Lab Results:**

| Routine Chemistry | LATEST RESULTS | |
|---|---|---|
| Sodium Lvl | 09/02/24 21:23 | 141 |
| Potassium Lvl | 09/02/24 21:23 | 4.3 |
| Chloride Lvl | 09/02/24 21:23 | 105 |
| CO2 | 09/02/24 21:23 | 28 |
| BUN | 09/02/24 21:23 | 14 |
| Creatinine Lvl | 09/02/24 21:23 | 0.86 |
| Calcium Lvl | 09/02/24 21:23 | 9.0 |
| GFR | 09/02/24 21:23 | 114 |
| Estimated Creatinine Clearance | 09/02/24 21:52 | 149.03 |
| AGAP | 09/02/24 21:23 | 8 |

EINSTEIN HEALTHCARE NETWORK

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 103183357 | FIN: | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | Sex/DOB: | Male 7/2/1988 |
| Registration Date: | 9/2/2024 | Discharge Date: | 9/3/2024 |
| Admission Date: | | | |

## ED Physician Record

Vascular: Pulses palpable in all 4 extremities
Abdomen: Soft, non-tender
Extremities: No peripheral edema, no calf tenderness or erythema, able to move all 4 extremities independently
Skin: No skin lesions noted, warm and well-perfused
Psych: Appropriate affect
Neuro: Alert, oriented to self, oriented to place, oriented to time

Procedure:

No form data.

Medical Decision Making:
SUMMARY & DDX:
Patient is a 36-year-old male with past medical history of hypertension, GERD who presents with chest pain that started at 6:30 PM this evening. He reports the pain came on suddenly and was initially sharp but then became dull. The pain is located in his left chest, right around his nipple. He also reports difficulty taking a deep breath in because it worsens the pain. Reports the pain has gotten better and is dull, radiating into his shoulder at this time. He felt lightheaded, but this is also improved. Denies abdominal pain, nausea, vomiting, cough, fever, chills. He is not aware of any inciting factors. Has not tried anything for the pain yet. Denies recent trauma or illness. No known family history of heart disease or blood clots. His physical exam reveals heart is regular rate and rhythm, lungs clear to auscultation bilaterally, there is tenderness to palpation over the left costochondral junction of ribs 3-5.

After initial evaluation the differential diagnosis includes but is not limited to:
-Musculoskeletal pain, viral illness, less likely ACS, PE

---------------------------------------
PLAN:
-Labs, EKG, chest x-ray done in triage

Additional laboratory and diagnostic testing considered but not performed include:
-Low risk by Wells and PERC, no need for D-dimer or CT PE

---------------------------------------
ED COURSE & RESULTS:
Results personally interpreted by me:
Labs, EKG, chest x-ray all appear normal. Will give patient Tylenol. Discussed results with patient. He is reassured. Discussed likely musculoskeletal pain. He expressed understanding. Medically stable for discharge.

---------------------------------------
EXTERNAL RECORDS & SOURCES OF INFORMATION:
-None available

| | | | |
|---|---|---|---|
| Glucose Random | 09/02/24 21:23 | 98 | |
| Magnesium | 09/02/24 21:23 | 1.7 | |
| Phosphorus | 09/02/24 21:23 | 2.8 | |
| Trop I HS Initial | 09/02/24 21:23 | <3 | |
| Trop I HS Collect Time | 09/02/24 21:23 | Time Verified | |

| Hematology | | LATEST RESULTS | |
|---|---|---|---|
| WBC | 09/02/24 21:23 | 8.1 | |
| RBC | 09/02/24 21:23 | 4.68 | Low |
| Hgb | 09/02/24 21:23 | 13.6 | Low |
| Hct | 09/02/24 21:23 | 40.9 | |
| RDW | 09/02/24 21:23 | 12.8 | |
| MCH | 09/02/24 21:23 | 29.1 | |
| MCHC | 09/02/24 21:23 | 33.3 | |
| MCV | 09/02/24 21:23 | 87.4 | |
| MPV | 09/02/24 21:23 | 10.5 | High |
| Platelet | 09/02/24 21:23 | 171 | |
| Neutro Auto | 09/02/24 21:23 | 60.3 | |
| Lymph Auto | 09/02/24 21:23 | 27.4 | |
| Mono Auto | 09/02/24 21:23 | 8.2 | |
| Eos Auto | 09/02/24 21:23 | 3.2 | High |
| Basophil Auto | 09/02/24 21:23 | 0.7 | |
| Neutro Absolute | 09/02/24 21:23 | 4.9 | |
| Lymph Absolute | 09/02/24 21:23 | 2.2 | |
| Mono Absolute | 09/02/24 21:23 | 0.7 | |
| Eos Absolute | 09/02/24 21:23 | 0.3 | |

| | | | | | |
|---|---|---|---|---|---|
| MRN: | 103183357 | | FIN: | | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | | Sex/DOB: | Male | 7/2/1988 |
| Registration Date: | 9/2/2024 | | Discharge Date: | 9/3/2024 | |
| Admission Date: | | | | | |

## ED Physician Record

Baso Absolute     09/02/24   0.1
               21:23

---

**COORDINATION OF CARE:**
Shared decision-making aspects of care:
-No shared decisions necessary or pertinent clinical decision rules

Consultation discussion:
-No consults necessary due to the patients current stable condition

Case management / social work discussion:
-No requirement for CM/SW involvement

---

**FACTORS IMPACTING PATIENT CARE:**
Patient's clinical condition is affected by their underlying:
-Hypertension

Patient's care is significantly affected by social determinants of health including:
-Incarceration

---

**DISPOSITION:**
Patient medically stable for discharge home.

**Decision Scoring Tools:**
Glasgow Coma Score: 15 (09/02/24 21:43:00)
C-SSRS Score: 0 (09/02/24 21:43:00)

**Disposition Vital Signs:**
T: 36.3 °C (Oral)  HR: 79(Peripheral)  RR: 19  BP: 150/83  SpO2: 100%
HT: 177.8 cm  WT: 117.48 kg  BMI: 37  BSA: 2.41

**Assessment/Plan:**
1. Chest pain
Orders:
Discharge Patient, 09/03/24 0:56:00 EDT, 09/03/24 0:56:00 EDT, Stable
Disposition:
Discharge Patient - Ordered
-- 09/03/24 0:56:00 EDT, 09/03/24 0:56:00 EDT, Stable

**Patient Instructions:**

You were seen in the emergency department for chest pain.  Your labs, EKG, chest x-ray
were reassuring.  Your pain is likely musculoskeletal. You were given Tylenol for your
discomfort.  Please follow-up with your primary care doctor.  If you do not have a primary
care doctor, information for clinic is provided in your discharge paperwork.  Please return
to the emergency department if you have worsening chest pain, trouble breathing, fainting.

**Diagnostic Results:**
ECG
09/03/2024 01:18:55 12-lead ECG interpreted
by me.
Rate:normal
Rhythm:sinus
Axis:normal
Intervals:normal throughout
QRS Morphology:normal
ST segments:normal throughout
T waves:normal throughout
Other Findings:none
Comparison:none

**ED Radiology Interpretation:**
CXR without obvious consolidation,
pneumothorax, effusion.

---

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 103183357 | FIN: | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | Sex/DOB: | Male 7/2/1988 |
| Registration Date: | 9/2/2024 | Discharge Date: | 9/3/2024 |
| Admission Date: | | | |

## ED Physician Record

<u>Patient Education:</u>
Chest Wall Pain, Easy-to-Read
Nonspecific Chest Pain, Adult

<u>Follow Up:</u>

| With | When | Contact Information |
|---|---|---|
| Norristown Regional Health Center – 610-278-7787 | Within 7 days | |
| Additional Instructions: | | |

<u>Attending Attestation:</u>

Attending Attestation: I oversaw the resident's evaluation of the patient and have evaluated the patient myself. The case was discussed with the resident. I have reviewed and agree with the documented findings, interpretation of studies and results, and plan of care. I was present for the key portions of any procedure(s) performed and immediately available for the remainder of the procedure(s).

36-year-old male, currently incarcerated, history of hypertension, GERD presents with chest pain. Pain started around 6 PM. Notes pain to the left side of his chest and left shoulder. Pain is worse with deep breath, does note lightheadedness but no syncope. Pain started while sitting watching TV. Denies prior episodes of similar symptoms. He does note occasional cough but no hemoptysis, no fever, no abdominal pain, no nausea or vomiting, no leg pain or swelling. Denies use of tobacco. No unusual exertion, no recent trauma, no recent travel.

On exam patient is awake and alert in no distress, heart is regular rate and rhythm, there is mild tenderness left anterior chest wall without deformities, no subcutaneous emphysema, lungs are clear to auscultation, abdomen is soft nontender nondistended, back is nontender, extremities no calf tenderness, no swelling, neuro is nonfocal.

Patient had evaluation started in triage. His EKG shows normal sinus rhythm with no ischemic changes, no prior for comparison, interpretation by myself. Chest x-ray shows no signs of infiltrate, CHF, pneumothorax as interpreted by myself. Troponin is less than 3. Onset of pain 3 hours prior to arrival, no indication for repeat troponin.

Clinical picture not suggestive of PE, he is low risk Wells, PERC negative. No fever, productive cough or infiltrate to suggest pneumonia. Patient is low risk for Mace. Will give Tylenol for pain. Feel he is stable for discharge back to correctional facility.

Signed by: Kathleen Hayward MD, FACEP, FAAEM, Attending Physician

<u>Attestation:</u>

Chart ID:          334520722
Print Date/Time:  9/24/2024 07:29 EDT

| | | | |
|---|---|---|---|
| MRN: | 103183357 | FIN: | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | Sex/DOB: | Male 7/2/1988 |
| Registration Date: | 9/2/2024 | Discharge Date: | 9/3/2024 |
| Admission Date: | | | |

## ED Physician Record

| | |
|---|---|
| Document Name: | Chest Pain Pathway Risk Category |
| Performed By: | Pocquette DO,Savannah (9/3/2024 00:56 EDT) |
| Signed By: | Pocquette DO,Savannah (9/3/2024 00:56 EDT) |
| Authenticated By: | Pocquette DO,Savannah (9/3/2024 00:56 EDT) |
| Status: | Auth (Verified) |
| Date of Service: | 9/3/2024 00:56 EDT |
| Subject: | Chest Pain Pathway Risk Category |

Chest Pain Pathway Risk Category Entered On: 09/03/2024 00:56 EDT
Performed On: 09/03/2024 00:56 EDT by Pocquette DO, Savannah

**Chest Pain Pathway Risk Category**
*Chest Pain Pathway Risk Category :* Intermediate

Pocquette DO, Savannah - 09/03/2024 00:56 EDT

## ED Clinical Summary

| | |
|---|---|
| Document Name: | ED Clinical Summary |
| Performed By: | Pocquette DO,Savannah (9/3/2024 01:02 EDT) |
| Signed By: | Pocquette DO,Savannah (9/3/2024 01:02 EDT) |
| Authenticated By: | Pocquette DO,Savannah (9/3/2024 01:02 EDT) |
| Status: | Auth (Verified) |
| Date of Service: | 9/3/2024 01:01 EDT |
| Subject: | Clinical Summary ED |

**Patient Name**
BOISEY, MARK THOMAS WA
**Date of Birth**
7/2/1988
**Visit Location Information**
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA, 19403
(484) 622-1000
Fax: (484) 622-0645

MRN: 103183357
FIN: 46669491
Location: Einstein Medical Center
Montgomery
Registration Date and
Time: 09/02/2024 21:07 EDT
Primary Care Physician:
None, None
**Arrival Date**
09/02/2024 21:07:20
**Pathways**
No qualifying data available.

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 103183357 | FIN: | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | Sex/DOB: | Male 7/2/1988 |
| Registration Date: | 9/2/2024 | Discharge Date: | 9/3/2024 |
| Admission Date: | | | |

## ED Clinical Summary

# Clinical Summary

**Allergies**
No Known Allergies

**Discharge Diagnosis**
1. Chest pain, 09/03/2024

Chest pain, 09/02/2024

**Procedures This Visit**
Procedures
  No Procedures Documented

**ED Disposition**
No qualifying data available.
Discharge Patient - Ordered
-- 09/03/24 0:56:00 EDT, 09/03/24 0:56:00 EDT, Stable

**Patient Instructions**

You were seen in the emergency department for chest pain. Your labs, EKG, chest x-ray
were reassuring. Your pain is likely musculoskeletal. You were given Tylenol for your
discomfort. Please follow-up with your primary care doctor. If you do not have a primary
care doctor, information for clinic is provided in your discharge paperwork. Please return
to the emergency department if you have worsening chest pain, trouble breathing, fainting.
No qualifying data available.

**Appointments Patient Instructed to Schedule**

| With: | When: | Contact Information: |
|---|---|---|
| Norristown Regional Health Center - 610-278-7787 | Within 7 days | |
| Additional Instructions: | | |

**ED Attending Provider:**
HAYWARD, KATHLEEN A
**ED Resident/NP/PA:**
Pocquette DO, Savannah
**Primary Care Provider:**
None, None

**Problems**
Ongoing
  GERD (gastroesophageal reflux
  disease)(Medical)
  Hypertension(Medical)
Historical
  No qualifying data

**Discharge Vitals**
T: 36.3 °C (Oral) HR: 79(Peripheral) RR: 19
BP: 150/83 SpO2: 100%
HT: 177.8 cm WT: 117.48 kg BMI: 37
BSA: 2.41

**Education Materials**
Chest Wall Pain, Easy-to-Read
Nonspecific Chest Pain, Adult
**Medication Leaflets**

# EINSTEIN HEALTHCARE NETWORK

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 103183357 | FIN: | | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | Sex/DOB: | Male | 7/2/1988 |
| Registration Date: | 9/2/2024 | Discharge Date: | 9/3/2024 | |
| Admission Date: | | | | |

## ED Clinical Summary

### Laboratory Results

| Event Name | Event Result | Date/Time |
|---|---|---|
| Sodium Lvl | 141 mmol/L | 09/02/24 21:23:00 |
| Potassium Lvl | 4.3 mmol/L | 09/02/24 21:23:00 |
| Chloride Lvl | 105 mmol/L | 09/02/24 21:23:00 |
| CO2 | 28 mmol/L | 09/02/24 21:23:00 |
| BUN | 14 mg/dL | 09/02/24 21:23:00 |
| Creatinine Lvl | 0.88 mg/dL | 09/02/24 21:23:00 |
| Calcium Lvl | 9 mg/dL | 09/02/24 21:23:00 |
| GFR | 114 mL/min/1.73m2 | 09/02/24 21:23:00 |
| Estimated Creatinine Clearance | 149.03 | 09/02/24 21:52:44 |
| AGAP | 8 mmol/L | 09/02/24 21:23:00 |
| Glucose Random | 98 mg/dL | 09/02/24 21:23:00 |
| Magnesium | 1.7 mg/dL | 09/02/24 21:23:00 |
| Phosphorus | 2.8 mg/dL | 09/02/24 21:23:00 |
| Trop I HS Initial | <3 | 09/02/24 21:23:00 |
| Trop I HS Collect Time | Time Verified | 09/02/24 21:23:00 |
| WBC | 8.1 x10^3/mcL | 09/02/24 21:23:00 |
| RBC | 4.68 x10^6/mcL Low | 09/02/24 21:23:00 |
| Hgb | 13.6 gm/dL Low | 09/02/24 21:23:00 |
| Hct | 40.9 % | 09/02/24 21:23:00 |
| RDW | 12.8 % | 09/02/24 21:23:00 |
| MCH | 29.1 pg | 09/02/24 21:23:00 |
| MCHC | 33.3 gm/dL | 09/02/24 21:23:00 |
| MCV | 87.4 fL | 09/02/24 21:23:00 |
| MPV | 10.5 fL High | 09/02/24 21:23:00 |
| Platelet | 171 x10^3/mcL | 09/02/24 21:23:00 |
| Neutro Auto | 60.3 % | 09/02/24 21:23:00 |
| Lymph Auto | 27.4 % | 09/02/24 21:23:00 |
| Mono Auto | 8.2 % | 09/02/24 21:23:00 |
| Eos Auto | 3.2 % High | 09/02/24 21:23:00 |
| Basophil Auto | 0.7 % | 09/02/24 21:23:00 |
| Neutro Absolute | 4.9 x10^3/mcL | 09/02/24 21:23:00 |
| Lymph Absolute | 2.2 x10^3/mcL | 09/02/24 21:23:00 |

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 103183357 | FIN: | | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | Sex/DOB: | Male | 7/2/1988 |
| Registration Date: | 9/2/2024 | Discharge Date: | 9/3/2024 | |
| Admission Date: | | | | |

## ED Clinical Summary

| Mono Absolute | 0.7 x10^3/mcL | 09/02/24 21:23:00 |
|---|---|---|
| Eos Absolute | 0.3 x10^3/mcL | 09/02/24 21:23:00 |
| Baso Absolute | 0.1 x10^3/mcL | 09/02/24 21:23:00 |

## Medication Administration Record

**Scheduled and PRN Medications**

Admin Date/Time: 9/3/2024 00:54 EDT
Medication Name: acetaminophen
Charted Date/Time: 9/3/2024 00:54 EDT
Ingredients: acetaminophen 975 mg 3 tab(s)
Admin Details: (Auth) Oral
Action Details: Order: Pocquette DO,Savannah 9/3/2024 00:28 EDT; Perform: Felton RN,BSN,Christina 9/3/2024 00:54 EDT; VERIFY: Felton RN,BSN,Christina 9/3/2024 00:54 EDT

## Chemistry

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

**Routine Chemistry**

| Procedure | Collected Date 9/2/2024 Collected Time 21:23 EDT | 9/2/2024 21:52 EDT | 9/3/2024 01:03 EDT | Reference Range | Units |
|---|---|---|---|---|---|
| Sodium Lvl | 141 RI | - | - | [136-146] | mmol/L |
| Potassium Lvl | 4.3 RI | - | - | [3.6-5.1] | mmol/L |
| Chloride Lvl | 105 RI | - | - | [98-107] | mmol/L |
| CO2 | 28 RI | - | - | [22-28] | mmol/L |
| BUN | 14 RI | - | - | [9-21] | mg/dL |
| Creatinine Lvl | 0.88 RI | - | - | [0.70-1.20] | mg/dL |
| Calcium Lvl | 9.0 RI | - | - | [8.4-10.3] | mg/dL |
| GFR | 114 RI | | | | mL/min/1.73m2 |
| Estimated Creatinine Clearance | - | 149.03 f1 | 149.03 f2 | | |
| AGAP | 8 RI | - | - | [7-16] | mmol/L |
| Glucose Random | 98 RI | - | - | [70-140] | mg/dL |
| Magnesium | 1.7 RI | - | - | [1.6-2.6] | mg/dL |
| Phosphorus | 2.8 RI | - | - | [2.3-4.7] | mg/dL |

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | |
|---|---|---|---|
| MRN: | 103183357 | FIN: | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | Sex/DOB: | Male    7/2/1988 |
| Registration Date: | 9/2/2024 | Discharge Date: | 9/3/2024 |
| Admission Date: | | | |

**Chemistry**

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

### Routine Chemistry

| Collected Date<br>Collected Time | 9/2/2024<br>21:23 EDT | 9/2/2024<br>21:52 EDT | 9/3/2024<br>01:03 EDT | | |
|---|---|---|---|---|---|
| Procedure | | | | Reference Range | Units |
| Trop I HS Initial | <3 *¹ R¹ | - | - | [<=34] | ng/L |
| Trop I HS Collect Time | Time Verified R¹ | - | - | | |

Result Comments

f1:    Estimated Creatinine Clearance
      The estimated creatinine clearance 149.03, was calculated using the following values;

      Creatinine Lvl = 0.88 mg/dL, as of September 02, 2024 21:23:00 EDT

      Weight Measured = 117.48 Kg, as of September 02, 2024 21:43:00 EDT

      Height/Length = 177.8 cm, as of September 02, 2024 21:43:00 EDT

f2:    Estimated Creatinine Clearance
      The estimated creatinine clearance 149.03, was calculated using the following values;

      Creatinine Lvl = 0.88 mg/dL, as of September 02, 2024 21:23:00 EDT

      Weight Measured = 117.48 Kg, as of September 03, 2024 01:03:00 EDT

      Height/Length = 177.8 cm, as of September 03, 2024 01:03:00 EDT

Interpretive Data

*1:    Trop I HS Initial
      **Interpretation:**
      <u>Trop I HS Initial:</u>
      Trop I HS Initial < 4 ng/L AND Symptom onset > 3 hrs ago: Low Risk for Adverse Cardiac Events
      Trop I HS Initial > 200 ng/L: High Risk for Adverse Cardiac Events
      Trop I HS Initial 4-200 OR Trop I HS Initial < 4 ng/L but symptom onset < 3 hours ago: Refer to Trop I HS 2HR results

      <u>Trop I HS 2HR:</u>
      Trop I HS Initial & Trop I HS 2HR < 6 ng/L AND Trop I HS 2HR Delta < 2: Low Risk for Adverse Cardiac Event
      *For Inpatients a Trop I HS 4HR MUST be drawn to successfully categorize a patient meeting criteria as low-risk
      Trop I HS > 200 ng/L OR Trop I HS 2HR Delta > 14: High Risk for Adverse Cardiac Events
      Trop I HS 6-200 OR Trop I HS 2HR Delta 3-14: Refer to Trop I HS 4HR results

      <u>Trop I HS 4HR:</u>
      Trop I HS > 200 ng/L OR any Trop I HS 4HR Delta > 14: High Risk for Adverse Cardiac Events
      Trop I HS 35-200 (male) OR 15-200 (female) AND any Trop I HS Delta <15: Intermediate Risk

| | | | | |
|---|---|---|---|---|
| MRN: | 103183357 | | FIN: | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | | Sex/DOB: | Male  7/2/1988 |
| Registration Date: | 9/2/2024 | | Discharge Date: | 9/3/2024 |
| Admission Date: | | | | |

## Chemistry

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

### Routine Chemistry

Interpretive Data

*1:    Trop I HS Initial

Trop I HS < 35 (male) OR < 14 (female) AND any Trop I HS Delta < 15 : Consider discharge with followup in 7 days if one at least one of the following is true:

1. Modified HEART score <4
2. Chronic elevated Trop I HS unchanged
3. Recent normal test (Cath/CCTA<2y, Stress <1y)

The diagnosis of Acute Myocardial Infarction (AMI) is made based on a rise or fall of troponin I with at least one measurement exceeding the gender-specific 99th percentile of a normal population (indicating the presence of myocardial injury) in the context of reasonable suspicion for coronary ischemia (e.g., typical symptoms, changes on electrocardiography, evidence for loss of myocardial function, or demonstration of obstructive coronary artery disease).

AMI is an important cause of troponin release; however, many other acute and chronic processes can lead to myocardial injury and troponin elevation in the absence of AMI, such as stable or unstable angina, heart failure, myocarditis, pulmonary embolism, pericarditis, arrhythmias, cardiac contusions, sepsis, rhabdomyolysis, polymyositis, CKD, diabetes mellitus, significant left ventricular hypertrophy, and other causes.

## Hematology

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

| Collected Date | 9/2/2024 | | |
|---|---|---|---|
| Collected Time | 21:23 EDT | | |
| Procedure | | Reference Range | Units |
| WBC | 8.1 RI | [4.0-11.0] | x10^3/mcL |
| RBC | 4.68 L RI | [4.70-6.10] | x10^6/mcL |
| Hgb | 13.6 RI | [14.0-18.0] | gm/dL |
| Hct | 40.9 RI | [39.0-53.0] | % |
| RDW | 12.8 RI | [<=16.0] | % |
| MCH | 29.1 RI | [25.0-35.0] | pg |
| MCHC | 33.3 RI | [31.0-37.0] | gm/dL |
| MCV | 87.4 RI | [80.0-99.0] | fL |
| MPV | 10.5 H RI | [7.4-10.4] | fL |
| Platelet | 171 RI | [140-450] | x10^3/mcL |
| Neutro Auto | 60.3 RI | [44.0-79.0] | % |
| Lymph Auto | 27.4 RI | [22.0-44.0] | % |
| Mono Auto | 8.2 RI | [1.9-11.4] | % |

EINSTEIN HEALTHCARE NETWORK
Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 103183357 | FIN: | | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | Sex/DOB: | Male | 7/2/1988 |
| Registration Date: | 9/2/2024 | Discharge Date: | 9/3/2024 | |
| Admission Date: | | | | |

## Hematology

@=abnormal | C=critical | L=low | H=high | #=corrected | f=result comment | *=interp. data | O=order comment | R=ref. lab | T=text result

Collected Date: 9/2/2024
Collected Time: 21:23 EDT

| Procedure | | Reference Range | Units |
|---|---|---|---|
| Eos Auto | 3.2 H Ri | [0.0-3.0] | % |
| Basophil Auto | 0.7 Ri | [0.0-1.0] | % |
| Neutro Absolute | 4.9 Ri | [1.7-8.4] | x10^3/mcL |
| Lymph Absolute | 2.2 Ri | [0.4-4.2] | x10^3/mcL |
| Mono Absolute | 0.7 Ri | [0.0-1.2] | x10^3/mcL |
| Eos Absolute | 0.3 Ri | [0.0-0.6] | x10^3/mcL |
| Baso Absolute | 0.1 Ri | [0.0-0.1] | x10^3/mcL |

## Diagnostic Radiology

| ACCESSION | EXAM DATE/TIME | EXAM | ORDERING PROVIDER |
|---|---|---|---|
| | 9/3/2024 09:01 EDT | GD Chest 2 Views | Bronikowski DO,Carlene A |

**GD Chest 2 Views**
CLINICAL INFORMATION: Chest pain

COMPARISON: None.

TECHNIQUE/PROCEDURE: GD CHEST FRONTAL/LATERAL

FINDINGS:

LINES AND TUBES: None

LUNGS AND PLEURAL SPACES: The lungs are clear. There is no pleural effusion or pneumothorax.

CARDIOVASCULAR AND MEDIASTINUM: Cardiomediastinal silhouette is within normal limits.

UPPER ABDOMEN AND OSSEOUS STRUCTURES: Unremarkable

IMPRESSION:
No acute cardiopulmonary process.

Exam Complete Date and Time 9/3/2024 12:25 AM , Report Signed Date And Time 9/3/2024 9:01 AM.

**EINSTEIN HEALTHCARE NETWORK**

Einstein Medical Center Montgomery
559 West Germantown Pike
East Norriton, PA 19403-

| | | | | |
|---|---|---|---|---|
| MRN: | 103183357 | FIN: | | 46669491 |
| Patient: | BOISEY, MARK THOMAS WA | Sex/DOB: | Male | 7/2/1988 |
| Registration Date: | 9/2/2024 | Discharge Date: | 9/3/2024 | |
| Admission Date: | | | | |

## Diagnostic Radiology

**GD Chest 2 Views**
The films and dictation have been reviewed with the Resident and I
agree with the findings.

Performing Locations
R1:    This test was performed at:
    EMCM Laboratory, 559 West Germantown Pike, East Norriton, PA, 19403-   , USA, (484) 622-1475

**Ciox Health** - PAYMENTS ONLY
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
| --- |
| **09/24/2024** |

https://www.smartrequest.com/

**Ship To:**

Stephanie ann ford
ford, Stephanie ann
313 LINCOLN ST
EXETER,PA 18643-1542

**Requested By:** FORD, STEPHANIE ANN
**Patient Name:** BOISEY MARK

**DOB :** 07/02/1988

**Records From:**

EINSTEIN MED MONTGOMERY
HOSP
559 E GERMANTOWN PIKE
EAST NORRITON,PA 19401-6509

**Please Note:**
Your medical record request has been
delivered electronically to your Ciox eDelivery
account.

----------------------------------------------------------------------------

**0476927390**
INVOICE NUMBER

**Ciox Health** - PAYMENTS ONLY
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-367-1500

APPENDIX C

# Medical Timeline

**APRIL 26, 2024** - Ran out of KOP Medications, Requested for Refill with Medical Sick Call slip 10 days prior.

**MAY 27, 2024** - Ran out of KOP Medications, turned in Bar Code Refill stickers for refill during Nightly Medicine Line.

**AUGUST 26, 2024** - Ran out of KOP Medications, Handed Medical Sick Call Slip to Male Nurse during institution lockdown on August 15, 2024. 11 days prior to running out of Medications.

**AUGUST 28, 2024** - Requested KOP Medications during evening Medicine Line, Explained Medicine unavailable that I was out of, Nurse GiGi supplied me with 3 days of Blood Pressure Medicine until I am on KOP daily call out. Nurse was unable to provide Medications.

**AUGUST 28, 2024** - Wrote 2 Medical Requests slips, The First slip was for a request for my KOP Medicine, stated I was "out" and needed them as soon as possible. Second, was request to be seen to review my Lab results from my Blood Work taken on June 10, 2024.

**AUGUST 30, 2024** - I was called to Medical at 09:32 to be seen at Medical Sick Call, I met with CRNP, she resulted my Blood Work "Labs" and I told her about my Medications being out since Monday, August 26. She stated " No one renewed the Medicine in the computer and she would in fact do that now", I explained the onsets of symptoms I was currently having at the visit and she recommended a new "Blood Work" for my thyroid. Never minding the fact I was out of my Blood Pressure Medicine for days. I insisted again for my KOP Medications and I was told I would have to wait for the daily call out to get them.

**AUGUST 31, 2024** - I requested for my KOP Medication to the Nurse at the Nightly Medicine Line in Medical Department.

**SEPTEMBER 1, 2024** - Requested Medicine during Nightly Medicine Line in Medical Department.

**SEPTEMBER 2, 2024** - I was having many onsets of non stable ANGINA, racing heart rate, sweating, fatigue, numbness in limbs, shortness of breathe. Reported to Medical Officer and was told by Officer Edwards to return to my housing unit and tell my Block Officer to call Medical Department and request I be seen. Block Officer Dorsey wrote pass and sent me back to Medical, in Triage, I was examined and was sent to Einstein Hospital ER by Ambulance by the "On Call Doctor".

**SEPTEMBER 2-3, 2024** - HOSPITAL, Einstein Hospital, Montgomery, Pa

**SEPTEMBER 3, 2024** - Follow up 6 hours after my arrival back at SCI Phoenix, CRNP instructed me that the explanation of the Medical Emergency I just suffered was due to my diagnosed GERD. She increased my daily Medicine from 20mg, to 40mg, I requested my KOP Medications and she stated to me " I am not a pharmacy," you have to wait for the daily call out.

**SEPTEMBER 4, 2024** - My Mother contacted Central Office for the Department of Corrections to identify the issues of why the Medical Department here at SCI Phoenix are refusing to give me KOP Medications, including Lopressor 100mg 2x daily, Lopid 600mg 2x daily, Prilosec 40mg, HCTZ 12.5mg

**SEPTEMBER 4, 2024** - SGT. Green on Housing Unit called Medical on my behalf and said I needed KOP Medications. He was told to tell me to go to Medical during evening "Insulin Call",  Once arriving at Medical at 17:30 the Nurse said I can not help you I am doing insulin, I was directed to the Triage, the Triage Nurse was the same Nurse that saw me on September 2, she was sitting at her computer and

rolled her eyes and said hang on while grabbing the phone after I requested my Medications and explained that SGT. Green sent me. Nurse contacted Nurse George, he stated he would only provide me with Lopressor and HCTZ, I graqbbed them and then returned to my Hounsing Unit.

**SEPTEMBER 7, 2024 -** I am finally on the Daily Call out for KOP Medications. 13 Days without receiving my KOP refill.

**SEPTEMBER 9, 2024 -** Requested to be seen for a Medication Evaluation, Blood Pressure Medicine.

**SEPTEMBER 16, 2024 -** Sec0ond request sent to be seen for an Evaluation and address my ongoing health issues related to my high Blood Pressure.

**SEPTEMBER 18, 2024 -** Sick call, seen by Physician's Assistant Yodh, BP 136/80, PA scheduled WEEKLY Blood Pressure checks and placed me on CHRONIC CARE visits for my HYPERTENSION, WEEKLY BLOOOD PRESSURE CHECKS SCHEDULED EVERY WEDNESDAY FOR 90 DAYS. Had Blood Drawn at 0700hrs

**SEPTEMBER 25, 2024 -** 0900hrs asked CO Grenon if I was on Call Out for Medical for my Weekly Blood Pressure Check, She called Medical and they reported to me to come to Medical in that evening for BP check at 1800hrs. I reported to Medical and was told I was not on the list.

**OCTOBER 1, 2024 -** Sent Medical Sick Call Request for KOP refill, 8 days prior to running out.

**OCTOBER 2, 2024 -** Not on Daily Call out for WEEKLY BP Check. I requested to be seen to Block Officer, Officer unaware of such scheduled event.

**OCTOBER 5, 2024 -** On Daily Call Out for KOP pick-up for BP Medications.

**OCTOBER 7, 2024 -** On Daily Call Out to be seen via Zoom for Chronic Care Visit with Dr. Ashley, addressed all health relaqted concerns and asked for a complete evaluation, Dr. Ashley could not evaluate properly, she stated no update of Blood Work in system and requested more labs to further treat.

**OCTOBER 9, 2024 -** Wednesday, No Blood Pressure Check, asked Nurse at Medical Line, Not aware o0f such appointment. No One Available.

**OCTOBER 16, 2024 -** No WEEKLY Blood Pressure Check, I reported to Block Officer Harley to request visit. Unaware of Appointment.

**OCTOBER 22, 2024 -** No WEEKLY BP check, No one seems to be aware of my scheduled appointments.

rolled her eyes and said hang on while grabbing the phone after I requested my Medications and explained that SGT. Green sent me. Nurse contacted Nurse George, he stated he would only provide me with Lopressor and HCTZ, I grabbed them and then returned to my Hounsing Unit.

**SEPTEMBER 7, 2024 -** I am finally on the Daily Call out for KOP Medications. 13 Days without receiving my KOP refill.

**SEPTEMBER 9, 2024 -** Requested to be seen for a Medication Evaluation, Blood Pressure Medicine.

**SEPTEMBER 16, 2024 -** Second request sent to be seen for an Evaluation and address my ongoing health issues related to my high Blood Pressure.

**SEPTEMBER 18, 2024 -** Sick call, seen by Physician's Assistant Yodh, BP 136/80, PA scheduled WEEKLY Blood Pressure checks and placed me on CHRONIC CARE visits for my HYPERTENSION, WEEKLY BLOOOD PRESSURE CHECKS SCHEDULED EVERY WEDNESDAY FOR 90 DAYS. Had Blood Drawn at 0700hrs

**SEPTEMBER 25, 2024 -** 0900hrs asked CO Grenon if I was on Call Out for Medical for my Weekly Blood Pressure Check, She called Medical and they reported to me to come to Medical in that evening for BP check at 1800hrs. I reported to Medical and was told I was not on the list.

**OCTOBER 1, 2024 -** Sent Medical Sick Call Request for KOP refill, 8 days prior to running out.

**OCTOBER 2, 2024 -** Not on Daily Call out for WEEKLY BP Check. I requested to be seen to Block Officer, Officer unaware of such scheduled event.

**OCTOBER 5, 2024 -** On Daily Call Out for KOP pick-up for BP Medications.

**OCTOBER 7, 2024 -** On Daily Call Out to be seen via Zoom for Chronic Care Visit with Dr. Ashley, addressed all health related concerns and asked for a complete evaluation, Dr. Ashley could not evaluate properly, she stated no update of Blood Work in system and requested more labs to further treat.

**OCTOBER 9, 2024 -** Wednesday, No Blood Pressure Check, asked Nurse at Medical Line, Not aware of such appointment. No One Available.

**OCTOBER 16, 2024 -** No WEEKLY Blood Pressure Check, I reported to Block Officer Harley to request visit. Unaware of Appointment.

**OCTOBER 22, 2024 -** No WEEKLY BP check, No one seems to be aware of my scheduled appointment(s).

**OCTOBER 30, 2024 -** No Blood pressure check, inquired with block officer.

**NOVEMBER 6, 2024 -** No blood pressure check.

**NOVEMBER 8, 2024 -** Call-out to meet Medical Administrator HUNER at 0815hrs, called at 1018hrs reported to medical, medical Officer stated Ms. Huner is in meeting. Will call the Housing Unit at 1300 to return to see Ms. Huner. Never Happened. Waited all day on Housing Unit for call to report.

**NOVEMBER 9, 2024 -** KOP pick-up via call-out.

## State Correctional Institution at PHOENIX

| | Inmate Pass | |
|---|---|---|
| Inmate: QP5104 | Housing: | Date: 9/7/2024 |
| BOISEY, MARK THOMAS WAR | | Callout#: 5471764 |
| Appointment | | Arrive: 0900 |
| Staff | Location | |
| J Frezzo | EAST - Building 3B - Medical Waiting Area | Depart: 1100 |
| | Job: VSU Peer Assistant | |

KOP-EAST

Comments:

Issuing Authority: _____  Time Left: _____  Return To: _____

Destination Authority: _____  Time Arrived: _____  Return To: _____

Return Authority: _____  Time Returned: _____  Time Left: _____

*** YOU ARE TO REPORT TO THE STAFF MEMBER / APPOINTMENT AT LOCATION LISTED ABOVE ***

*** FAILURE TO RESPOND TO PASS WILL RESULT IN A MISCONDUCT ***

---

## INMATE PASS

Housing Unit SD-1015  Date 9/2/24  No. 5464

Name BOISEY  FROM

TO

( ) Block
( ) Medical
( ) Visiting Room
( ) R & D (Property)
( ) Library
( ) Education
( ) Activities
( ) Barber Shop
( ) Chapel
( ) Dietary
( ) Commissary
( ) Psychology
( ) Parole
( ) Security
( ) Other

Time of Departure 0716  Sig. _____ Official
Time of Arrival _____ Sig. _____ Official
Time of Departure _____ Sig. _____ Official
Time of Arrival _____ Sig. _____ Official

White: Issuing Authority    Canary: En route    Pink: Inmate

---

## INMATE PASS

Housing Unit SD-1015  Date 9/3/24  No. 5464

Name BOISEY  FROM

TO

( ) Block
( ) Medical
( ) Visiting Room
( ) R & D (Property)
( ) Library
( ) Education
( ) Activities
( ) Barber Shop
( ) Chapel
( ) Dietary
( ) Commissary
( ) Psychology
( ) Parole
( ) Other

Time of Departure _____ Sig. _____ Official
Time of Arrival _____ Sig. _____ Official
Time of Departure _____ Sig. _____ Official
Time of Arrival _____ Sig. _____ Official

White: Issuing Authority    Canary: En route    Pink: Inmate

MEDICAL SICK CALL REQUEST

DATE: 9.9.2024          TIME: 11:46

INMATE NAME: Mark Bolsey   NUMBER: QP5104

HOUSING UNIT: S Delta 1015 VSU

PROBLEM: On Sep 21 went to the hospital for
Chest pain and Chronic Blood Pressure issues.
Can I please have an appointment for the
doctor of my BP Meds.
                                          Thk.

_____
INMATE SIGNATURE

I UNDERSTAND THAT THIS SICK CALL VISIT MAY BE SUBJECT
TO THE FEES CONTAINED IN REGULATION 37
PA CODE § 93.12 ET. SEQ.

PLACE THIS REQUEST FORM IN THE LOCKED MEDICAL BOX ON
THE HOUSING UNIT.

**PLEASE SIGN UP FOR ONLY ONE SICK CALL PER DAY -
EITHER MEDICAL OR DENTAL. **

APPENDIX B

---

MEDICAL CO-PAY
CASH SLIP

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

1. REQUISITIONING INMATE

| INSTITUTIONAL NUMBER | LOCATION | DATE |
|---|---|---|
| | | |

2. ITEMS TO BE CHARGED TO MY ACCOUNT

☐ Sick Call ($5.00)

☐ Prescription # _____ ($5.00 Each)

☐ Self-Inflicted Injury ($5.00)

☐ Assaulted by # _____

☐ Sports Injury ($5.00)

☐ Sports Physical ($5.00)

☐ Other _____

Total Amount Charged $ _____

3. INMATE'S SIGNATURE          4. MEDICAL STAFF SIGNATURE

5. BUSINESS OFFICE'S SPACE

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| | | |

Inmate should complete shaded areas prior to placing sick call
slip in box.

APPENDIX B

APPENDIX D

**BOISEY,MARK QP5104#S**  ID#322988086
Gemfibrozil 600mg Tablet    QN:30    OF 60
SUB FOR LOPID MFG:CIPLA    WHITE ;OBLONG    I G;225

**TAKE 1 TABLET(S) ORALLY TWICE DAILY**

RX# 57531269  DC:11/05/24
PRESCRIBER:SBIKOWSKI,A MSV
ORIG:04/13/24 DISP:07/22/24    NDC:69097-0821-12
PAPX- SCI PHOENIX
   DIAMOND PHARMACY SERVICES 645 KOLTER INDIANA PA 15701
   800-882-6337 FAX 800-523-0008 BD1753640 LANE: 0  KFP

(C)Card    KOP

Check With Your Doctor Or Pharmacist Before Drinking Alcoholic Beverages While Using

Take This Medicine 1/2 Hour Before A Meal. Read Label For How Many Times To Take Each Day.

Check With Your Doctor Or Pharmacist To Make Sure It Is Safe For You To Take This Drug With All

---

**BOISEY,MARK QP5104#S**    ID#322988092
HCTZ 12.5mg Tablet    QN:30    OF 30
SUB FOR HYDRODIURIL MFG:LEAD1    PEACH ;ROUND    EP 155

**TAKE 1 TABLET(S) ORALLY ONCE DAILY**

RX# 57531193  DC:11/05/24
PRESCRIBER:SBIKOWSKI,A MSV
ORIG:04/10/24 DISP:07/22/24    NDC:69315-0155-10
PAPX- SCI PHOENIX
   DIAMOND PHARMACY SERVICES 645 KOLTER INDIANA PA 15701
   800-882-6337 FAX 800-523-0008 BD1753640 LANE: 0  KFP

(C)Card    KOP

You Should Avoid Prolonged Or Excessive Exposure To Direct And/Or Artificial Sunlight While

May Make You Dizzy. Check With Doctor Before Drinking Alcohol. Use Care When Operating A Vehicle.

Check With Your Doctor Or Pharmacist To Make Sure It Is Safe For You To Take This Drug With All

---

**BOISEY,MARK QP5104#S**    ID#322988089
Metoprolol 100mg Tablet    QN:30    OF 60
SUB FOR LOPRESSOR MFG:ADVAG    PINK ;ROUND    R 100

**TAKE 1 TABLET(S) ORALLY TWICE DAILY**

RX# 57531273  DC:11/05/24
PRESCRIBER:SBIKOWSKI,A MSV
ORIG:04/10/24 DISP:07/22/24    NDC:72888-0006-00
PAPX- SCI PHOENIX
   DIAMOND PHARMACY SERVICES 645 KOLTER INDIANA PA 15701
   800-882-6337 FAX 800-523-0008 BD1753640 LANE: 0  KFP

(C)Card    KOP

May Make You Dizzy. Check With Doctor Before Drinking Alcohol. Use Care When Operating A Vehicle.

Take This Medicine With Or Immediately After A Meal.

Check With Your Doctor Or Pharmacist To Make Sure It Is Safe For You To Take This Drug With All

---

**BOISEY,MARK QP5104#S**    ID#320928307
Omeprazole 20mg Capsule    QN:30    OF 30
SUB FOR PRILOSEC MFG:DAVA    LAVENDER A;OBLONG    OMEPRAZOLE ;R158

**TAKE 1 CAPSULE(S) ORALLY ONCE DAILY**

RX# 57531279  DC:11/05/24
PRESCRIBER:SBIKOWSKI,A MSV
ORIG:04/10/24 DISP:06/13/24    NDC:55111-0158-10
PAPX- SCI PHOENIX
   DIAMOND PHARMACY SERVICES 645 KOLTER INDIANA PA 15701
   800-882-6337 FAX 800-523-0008 BD1753640 LANE: 0  KFP

(C)Card    KOP

Swallow Whole Or Sprinkle Capsule Contents On Small Amount Of Applesauce.

Do Not Chew Or Crush.

Take This Medicine Before A Meal Or As Directed By Your Doctor.

APPENDIX E

SENATOR
**TRACY PENNYCUICK**
24TH DISTRICT

SENATE BOX 203024
ROOM 16 EAST WING
HARRISBURG, PA 17120-3024
717-787-3110
FAX: 717-787-8004

56 WEST 4TH STREET, FLOOR 2
RED HILL, PA 18076
215-541-2388
FAX: 215-541-2387
TOLL FREE: 1-855-247-9020

SenatorPennycuick.com
tpennycuick@pasen.gov



**Senate of Pennsylvania**

**COMMITTEES**

COMMUNICATIONS & TECHNOLOGY, CHAIR
VETERANS AFFAIRS & EMERGENCY
PREPAREDNESS, VICE CHAIR
AGING & YOUTH
APPROPRIATIONS
CONSUMER PROTECTION &
PROFESSIONAL LICENSURE
FINANCE
JUDICIARY

August 1, 2024

Dr. Laurel R. Harry, Secretary
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

Re:    Safety Concerns at SCI Phoenix

Secretary Harry,

It is appalling that I find myself, once again, reaching out to the Department of Corrections to demand actions be taken to address safety concerns at SCI Phoenix. Since my previous letter, I have had the opportunity to tour the facility and witness these issues firsthand. Although the prison administration's lax attitude towards these concerns was shocking, I did leave the tour with some optimism that we had started on a path to resolution. I have no such optimism today.

On July 29, a corrections officer at SCI Phoenix was stabbed 11 times in his head, neck and back by an inmate. This officer was rushed to Pottstown Hospital where he received treatment for his wounds. We are waiting to receive further updates on his condition and are praying that the failures of SCI Phoenix's administration do not result further injury or death.

With that said, the fact that this occurred less than one week after my staff and I visited the site, with the specific intentions of discussing these issues, is simply outrageous. The lives of our corrections officers are at risk every day in this facility, however, there seems to be no sense of urgency from the administration or the Department in addressing these issues. These aren't just state employees, they are fathers, mothers, sons, and daughters, with families of their own.

If this happened while we were present, would the Department have taken these issues more seriously? What will it take for the Department to see the ongoing crisis for what it truly is? This facility is already dealing with an alarming shortage of corrections staff, with over seventy vacancies. How do you expect the officers that are still at the facility to react to this horrific act of violence?

I am no longer interested in the prison administration's positions on this subject, as they have demonstrated a blatant disregard for the safety of these officers, who work tirelessly to maintain

order and protect their fellow staff members. Instead, I am demanding action be taken to resolve these issues.

Below is a list of items and inquiries that should be addressed immediately. I expect you to respond to each of these points within one week after receiving this letter:

- Immediate shakedown inspections of every inmate in SCI Phoenix must be conducted to ensure any remaining contraband is confiscated.

- Every secured bubble in SCI Phoenix must be routinely manned for any period that inmates are out of their cells.

- Explain why the prison was not locked down and inmates/cells were not searched for contraband immediately after this viscous attack. Why are there no consequences for inmates who break rules and commit acts of violence?

- The Department must provide monthly updates to local legislators, including statistics on all recent injuries of any kind, major assaults, workers' compensation claims, etc. that occur within the prison.

- The administration has been circumventing certain steps regarding disciplinary actions against corrections officers who refuse their mandated overtime. Therefore, management must document this process and follow standard procedure of verbal, followed by written warnings issued to the officers.

- Define what constitutes a "major assault" and a "minor assault" against a corrections officer.

- What disciplinary actions are taken against prisoners who commit a minor/major assault against an officer?

- What disciplinary actions are taken when inmates are caught with contraband? What privileges are revoked?

- What is the prescribed course of action when an officer is caught with contraband?

- How does the institution document these procedures?

It is disgraceful that we have reached a point where another corrections officer has been gravely wounded. These instances of violence are, in many cases, preventable with even the most basic level of regard for concerns raised by staff. With the way this institution operates, it's shocking there are any individuals still willing to show up for work each day. The prison will have far more than seventy vacancies if it continues its current course.

I want to make clear that my only concern is for the safety of SCI Phoenix's staff. We should not be worried about the well-being of violent criminals contained in this prison, or their feelings

==towards policies that restrict their "privileges" as inmates. Quite frankly, it seems management is more interested in the opinions of the inmates, than the welfare of its staff.==

Please know that I am committed to addressing this issue and will not be satisfied until the Department of Corrections can guarantee the safety of corrections officers employed in the Commonwealth of Pennsylvania. I look forward to your response.

Sincerely,

*Tracy Pennycuick*

Tracy Pennycuick, MPA
State Senator, 24th District
Berks and Montgomery Counties

TP/sd

CC:    John Eckenrode – Pennsylvania State Corrections Officers Association
       Superintendent Joe Terra -- SCI Phoenix
       Representative Matt Bradford          Representative Donna Scheuren
       Representative Joe Ciresi             Representative Joe Webster
       Alice Eastmure – Skippack Township    Cecile Daniel – Perkiomen Township

# OPEN LETTER
## TO GOVERNOR JOSH SHAPIRO
### {SCI-PHOENIX PRISON REPORT}

Honorable Governor
Joshua Shapiro
508 Main Capitol Building
Harrisburg, PA 17120

Dear Governor Shapiro,

Recently, a letter was sent to PA Department Of Corrections Secretary Laurel R Harry, by PA State Senator Tracy Pennycuick (R), regarding *Safety Concerns at SCI Phoenix*, following a mere walk-through of the institution.



SCI PHOENIX

In her letter (dated August 1, 2024) Senator Pennycuick appears to make a unilateral determination on the course of action that should be taken to address said *safety concerns*, as laid out in at least eight specific points.

The problem with her recommendations is that they seem to be short-sighted, and without consideration for *all* parties concerned (that is, staff and inmates, alike). Mind you, her interest in the goings-on at SCI Phoenix was purportedly prompted by a letter that was written to her by Phoenix Sergeant Bogan, a local guards Union Rep. (which was ultimately approved of by *PA Corrections Officers Association* Rep. John Eckenrode), with the specific intent of exposing the gross ineptitude of Facility Manager Joseph Terra (and his administration) as it affects the rank & file labor force which, by the way, is largely made up of black & Latina females.

That the welfare of the inmate population there has been caught in the crossfire of this riff between labor & management, seems to have eluded the Senator's inquest; or perhaps her willful blind-eye to the more broader antagonistic dynamic that has shaped the 'us-against-them' culture of that beleaguered institution, was more convenient for the narrative she sought to spin.

Whatever the case, Senator Pennycuick who, by the way, is a Trump acolyte, has made matters worse. As a punitive response to several isolated incidents of "staff assaults", she set in motion a complete lockdown of the institution for a CERT assault team to be sent in to conduct cell-searches (which was more like a search & destroy mission) reminiscent of 2018 when CERT was sent in to move inmates and their property from the now-shuttered Graterford over to Phoenix, resulting in the destruction and outright theft of inmates' personal property.

Governor Shapiro, while we all can agree that violence, in any form, is unacceptable; and that the safety of both staff and incarcerated citizens is paramount to the orderly functioning of any prison, it would be wholly disingenuous to ignore or overlook the conditions (and conduct) which precipitates it. Yet Senator Pennycuick did just that when she so cogently expressed that

"I want to make clear that my *ONLY* concern is for the safety of SCI Phoenix staff. We should not be worried about the well-being of violent criminals contained in this prison, or their feelings towards policies that restrict their 'privileges' as inmates. Quite frankly, it seems management is more interested in the opinions of inmates, than the welfare of its staff."

Sir, there are several obvious problems with such a myopic position; foremost of which is that

Of the many issues that were reported, what was most consistent is that the guards and staff responsible for running the prison's Restricted Housing Unit (RHU), more commonly known as *The Hole*, have been depriving inmates of the reading materials, changes of underwear garments, hygiene products, and legal materials that are allowable by DOC policy. Inmates' personal property also routinely comes up missing once they're placed into the hole; also their in-coming & out-going mail are reportedly tampered with or outright stolen by RHU guards. This is all, according to reports, orchestrated by RHU Unit Manager Jessica Murphy, who is said to be the girlfriend of Phoenix Major Mascellino, who is known to cover for her—often by intimidating inmates from filing complaints. In fact, Jessica Murphy, who is said to be a known racist, and has a criminal record herself, have singlehandedly implemented an 'unofficial' policy that inmates held in solitary confinement are not to be given Grievance complaint forms, Request to staff slips, etc. By all accounts, she is said to run the hole like her own personal torture chamber.

A group of Phoenix guards who comprise a security department task force (of sorts) is said to operate within the prison like a street gang—running roughshod over the DOC's established policies & procedures. They're also said to be notorious for extorting inmates for their personal property, including commissary-bought food, cigarettes, etc. which have often led to fist fights and all-out brawls between them and inmates.

The prison's kitchen, where the inmate population's food is cooked and prepared, is reported to be so unsanitary that it causes grave health issues for many of the prisoner's there. It has also been reported that much of the food is stolen and taken home by outside food service personnel, resulting in the prison population being under fed.

The copious complaints about the prison's-contracted medical provider reads like a real-life horror story—with the heartbreaking stories of medical neglect, frequent misdiagnoses (or concealment of grave diagnoses), ignorance of the profession, and sheer malicious intent on the part of some of its doctors, physicians, nurses, medical technicians, etc., which borders on the downright criminal.

Two staff members who spoke with us, under the conditions of anonymity, revealed that several medical staff responsible for dispensing daily prescribed medication doses to inmates, are known for stealing them for themselves—particularly opioid-based meds—which are often replaced with a placebo.

Also mentioned was the filthy and deplorable conditions of the prison's infirmary which houses sick and injured inmates.

More eye-opening though, are the reports (and documents) we received on Phoenix's Medical Director Anthony Letizio, which revealed a long history of medical malpractice, criminal negligence, theft of medicines and other supplies, biases against black and other non-white peoples, etc., not to mention dereliction of his oath to the profession—and not just at Phoenix, but at other locations, as well. Quite frankly, it's a wonder that this man isn't in prison himself.


DR. ANTHONY LETIZIO

In violation of American Disability Administration (ADA) guidlines, many Phoenix inmates with debilitating medical conditions—some confined to wheelchairs—are placed into double-cell arrangements with other inmates, putting the onus of their disabilities on their cell-mates, or, in some cases, subjecting them to being bullied (or worse); many of those cells, by the way, are without the handicap accessibility requirements to accommodate their respective disabilities. *"The Phoenix administration"*, several staff and inmates pointed out, *"only does what's 'convenient', not what's right, or what's required by policy (or law)."*

Similarly, elderly inmates are increasingly being assaulted by younger inmates who they are

Carter (female), C.O. 1 Martina Edwards (female), C.O.1 Watson (female), C.O.3 [Lt.] Ebony Peterson (female), C.O. 1 Kennedy (female), C.O. 1 Brown (female), psych Dept. Allen (female), C.O.1 Latifah Slocum (female), C.O. 1 Stubbs (female), C.O. 1 Scuggs (female), C.O. 1 Keys (female), C.O. 1 Kendall (female), C.O.2 [Sgt.] Klimas (male), C.O. 3 [Lt.] Montinez (female), C.O. 3 [Lt.] Martin (male), C.O. 1 Edwards (female), C.O. 2 [Sgt.] Green, C.O.3 [Lt.] M'cafferty (male), C.O. 1 Martin (female), C.O. 2 [Sgt.] Hamaday (female), C.O. 2 [Sgt.] Cramp (male), and many others.



pennsylvania
DEPARTMENT OF CORRECTIONS

And all of these things are greatly exacerbated by, what many described as, a broken grievance system (under Phoenix Grievance Coordinators Owens and Orlando), who is said to often engage in deliberate acts of 'official' sabotage, in terms of strategically stifling inmates' ability to have their legitimate complaints addressed. And, as history has shown, whenever anyone is denied a fair and impartial redress of grievances, it makes violence seem like a viable option.

Ironically, the several inmate-headed organizations within the prison, that have shown the ability to appeal to the inmate population with alternatives to violence, have, reportedly, been hindered in their efforts by the prison's administration; especially by one Christopher Grassley, the institution's Activities Manager ... who is also said to routinely pilfer from Imate General Welfare Fund monies; and generally lords over the organization as his own personal fiefdom. Several staff members have reportedly quit because of him.

\* \* \* \* \* \* \*

The more overwhelming reports came in from the families of phoenix inmates who encounter the most flagrant disrespect from the mainly female staff who work in the front visiting lobby. We have even had Clergy persons, local political officials and volunteers give similar accounts. So, we ask you, Governor Shapiro, how is an all-male population of almost three-thousand prisoners supposed to thrive under such conditions? We, *The Public* (Voting Taxpayers) propose the firing of the most egregious of these officers (including the Superintendent); and the retraining of the ones who are up for the task of 'true' rehabilitation. We also propose body-cameras (for full transparency).

Thank You!

Sincerely,
The Prison Watch Collective
Human Rights Coalitition

APPENDIX F

# SWORN AFFIDAVIT

This is a sworn statement by David D. Sherrill SR., I am a Pennsylvania State Certified Peer Specialist. I have a close daily relationship with Mark Boisey and have personally witnessed the events that occurred to Mr. Boisey on several occasions when he ran out of KOP medications, he expressed concerns about not taking his medication because they were unavailable. I could tell from his appearenance and mental state that he was not doing so good. Mr. Boisey and I talked on several occasions about his concern that his medications would run out.

On September 2, 2024, Mr. Boisey's worst nightmare came true his KOP medications were out again and were not refilled on time or in a timely manner. I witnessed the events and the moments leading up to his trip to Medical, then to the outside Hospital. Mr. Boisey had now been out of medications for severals days after he had sent requests for refills. Mr. Boisey was sweating and grasping his chest , he had difficulty breathing. He seemed disoriented. He spoke to the Block Officer and then sat at the table. Officer Dorsey wrote Mr. Boisey a pass and sent him to Medical.

I saw Mr. Boisey the next day he still looked tired and sick. I asked him how he was doing, he told me he was at the Hospital overnight. He told me he had suffered a very intense medical situation from the non existance of medications. Mr. Boisey expressed his frustrastion that he is worried about the lack of concern and his treatment by the SCI Phoenix Medical staff.

This statement is true, correct and complete to the best of my knowledge, information and belief.

Commonwealth of Pennsylvania
County of _Montgomery_

Signed and sworn to (or affirmed) before me
on _October 16th, 2024_
by _David Sherrill_

Signature _David D. Sherrill_

David D. Sherrill Sr.

Pennsylvania State
Certified Peer Specialist No. _19856_

Dated _10/16/24_

Notary Public Signature

Dated _10/16/24_

Commonwealth of Pennsylvania - Notary Seal
Udomsak Jantana, Notary Public
Montgomery County
My commission expires May 15, 2028
Commission number 1446634
Member, Pennsylvania Association of Notaries

# Sworn Affidavit

This is a sworn statement of facts provided by Lord Kristoffer Hexter. The events that happened to Mr. Boisey are as follows from my first-hand knowledge:

Mr. Boisey has run out of KOP (Keep-on-person) medications several times throughout the year. He has spoken to me numerous times to express his concerns from the negative effects he's experienced during those times. I could clearly see from his physical appearance and mental state that he was not well. In this institution, inmates, including myself, have had an extremely egregious time getting as little as standard care on a timely basis. Mr. Boisey has regularly spoken to me about being constantly worried that his medicine will lapse and run out before the medications are refilled, potentially exposing him to the withdrawal and side effects of suddenly unwillingly discontinuing the medication due to the lack of access to it. This is a common occurance at SCI Phoenix, not only for Mr. Boisey, but to many of us that have and use daily medications for chronic issues.

This was the third instance this calendar year that Mr. Boisey has run out of medications for a chronic condition, due to not having the medications available to him because of the negligence of the Medical Department delaying prescription refills. On 2 September 2024, Mr. Boisey experienced and suffered a medical emergency. I had witnessed the event occur, to include the moments leading up to his trip to the triage office at the medical department, prior to being transported to an outside hospital. Mr. Boisey had been out of medications for several days prior to the incident that rendered him to a grave physical and mental condition. I was aware and informed by Mr. Boisey that he filed several requests for medication refills, and had also demanded help from the medical department and corrections officers to address his needs, prior to the devastating event(s) that resulted in his transport to Einstein Hospital (Montgomery, PA) for emergency care.

On the night of 2 September 2024, as his conditions worsened, I noticed Mr. Boisey profusely sweating and clutching his chest, gasping for breath, and expressed his need for assistance. I knew he needed help and was immediately concerned. Mr. Boisey left for a short while when called for evening medications, but when he came back to the housing unit, I could clearly see that he was disoriented. He went to look for a block officer to notify them of his current condition, then sat down at a table I was seated at. Before long, the Officer came to instruct Mr. Boisey to go back to medical, as she handed him a hand-written pass. He then proceeded to slowly stumble out the door, disoriented and unassisted.

Several hours had passed, we were locked down for the evening and Mr. Boisey had not returned to the housing unit. Nobody had heard from Mr. Boisey until clear into the next day. Around mid-afternoon, on 3 September 2024, Mr. Boisey returned and spoke to me, noticibly a different, exhausted, and depleted person. He was visibly sick, appeared tired, and still disoriented. I had asked how he was feeling, and he had briefly mentioned he had an overnight stay in an outside hospital. I later discovered that he suffered an ardent medical incident that resulted in treatment from Einstein Hospital. Mr. Boisey expressed his concerns about the lack of care and treatement received from SCI Phoenix's medical department. Given what I know by the actions, or lack thereof, by the medical department, I completely understand Mr. Boisey's concerns.

This situation sould have easily been avoided and remedied without going through the stress and trauma experienced by Mr. Boisey. As I am currently aware, Mr. Boisey still has concerns about his health and his ongoing conditions, and the lackadaisical treatment he has received. Mr. Boisey regularly tells me what medical is *not* doing for him, per his constant requests to the department, and that it severely handicaps his ability to live a healthy and normal life under the current conditions created by the SCI Phoenix Medical Department.

This statement is true, correct, and complete, to the best of my knowledge, information and belief.

Commonwealth of Pennsylvania
County of _Montgomery_

Signed and sworn to (or affirmed) before me
on _October 16th, 2024_
by _KRISTOFFER HEXTER_

Signature _Lord Kristoffer_
Printed Name _Lord Kristoffer Hexter_
Date _16 Oct 2024_
Notary Public Signature
Date _10/16/20_

Commonwealth of Pennsylvania - Notary Seal
Udomsak Jantana, Notary Public
Montgomery County
My commission expires May 15, 2028
Commission number 1446634
Member, Pennsylvania Association of Notaries

2

# SWORN AFFIDAVIT

This is a sworn statement of facts provided by _Todd Shelton_, the events that happened to Mr. Boisey are as follows from my first hand knowledge. Several instantances this year Mr. Boisey ran out of KOP medications, he has spoken to me numerous times to express his concerns from the effects that he was experiencing during those times. I could tell from his physical appearance and his mental state that he was not doing good. In this institution we as inmates have a very hard time getting standard care on a timely basis. Mr. Boisey has spoke to me regularly about being constantly worried that his medicine will lapse and run out before the Medical Department will refill his medications, leaving him with many side effects. This is a common occuarance here at SCI Phoenix not only to Mr. Boisey but to all of us that have medications refilled for a daily use and Chronic Care.

This was the third instance this calendar year that Mr. Boisey ran out of Chronic Care medications due to not having his medications available for his daily needs, on behalf of the absence of the Medical Department not providing adequate timely refills. Mr. Boisey suffered a Medical Emergency on September 2, 2024. I witnessed the event occurring and moments leading up to his trip to the Medical triage to go to the Hospital. Mr. Boisey had been out of medications several days prior to the incident rendering him in very bad physical and mental condition. I am aware that he filed several requests for medications and also demanded help from the Medical Department, and Corrections Officer's to address his needs prior to the event that sent him to the outside Einstein Hospital, Montgomery, Pa. for care. While his conditions worsened to the point I saw Mr. Boisey sweating and hunched over grasping his chest, he could barely breathe and expressed his need for help at that moment on the evening of September 2, 2024, I knew he needed help, I was concerned. He left for a short while to go for evening medications and when he arrived back I couldn't help notice how disoriented he looked. He went

directly to the Block Officer and spoke with her, then immediately sat down at the table I was currently sitting at. Before I knew it, Officer Dorsey came to tell Mr. Boisey to go to Medical, as she handed him a written pass and he stumbled out the door alone.

Several hours passed into the next day, and no one had heard from Mr. Boisey or his whereabouts. On September 3, 2024, mid-afternoon, Mr. Boisey had spoken to me and what I saw was a totally depleted person. He looked tired, sick, and confused. I asked how he was doing and he mentioned briefly that he suffered a very intense situation that he was treated for at Einstein Hospital. Mr. Boisey expressed his concerns about the care or lack of treatment from SCI Phoenix Medical Department and he simply said I am scared. Given what I know and the way the entire Medical situation happened to Mr. Boisey, I understand his concerns. This very easily could have been remedied and the situation could have been avoided. Mr. Boisey, as I am currently aware, is still concerned for his ongoing conditions with his health, and the unnecessary treatment he is receiving. Mr. Boisey regularly tells me what Medical is not doing for him, per his constant conditions created under SCI Phoenix Medical Department.

This statement is true, correct, and complete to the best of my knowledge, information and belief.

Commonwealth of Pennsylvania
County of _Montgomery_

Signed and sworn to (or affirmed) before me
on _October 16th, 2024_
by _TODD SHELDON_

Signature _____

Printed Name _Todd Sheldon_

Date _10/16/2024_

Notary Public Signature _____

Date _10/16/24_

Commonwealth of Pennsylvania - Notary Seal
Udomsak Jantana, Notary Public
Montgomery County
My commission expires May 15, 2028
Commission number 1446634
Member, Pennsylvania Association of Notaries

# SWORN AFFIDAVIT

This is a sworn statement of facts provided by Robin Shaw. The Medicine line was called at 18:30 for Housing Unit S-Block (Veteran's Service Unit) SCI Phoenix on September 2, 2024. I walked down with Mark Boisey. Mark Boisey told me he was having very sharp pains in his chest, grabbing his chest Boisey said, "I put in for a sick call and the Medical Department was supposed to give me my Blood Pressure medications for a week now." I asked him if he was stressed, he replied "I just haven't gotten my Blood Pressure Medicine for a week and the pain has gotten worse." Mark Boisey decided after getting his medications at the Medicine line that he would request to be seen while at Medical Department. He approached the Medical Officer stationed at the window, Officer Edwards, Mark Boisey stated his conditions of chest pains and feeling faint. She refused Mark Boisey to be seen and Officer Edwards sent him back to the Veteran's Service Unit (VSU), his housing unit. Upon leaving the Medical waiting area he stopped and spoke to Officer Frost and told her he needed to be seen at Medical for chest pain and relayed that Officer Edwards told him to report back to his Housing Unit to request the Block Officer Dorsey to contact Medical and have him called back to Medical. She then instructed us to go back to the unit. I walked with Mark Boisey back to the Veteran's Service Unit (VSU). He was under duress and in a lot of discomfort on the journey back. I was concerned and slowly walked him back with my hand on his shoulder.

This statement is true and correct to the best of my knowledge, information and belief.

Signature _Robin Shaw_

Printed Name _Robin Shaw_

Date _11/09/24_

Notary Public Signature _____

Date _11/09/2024_

Commonwealth of Pennsylvania - Notary Seal
Philip Ephraim, Notary Public
Montgomery County
My commission expires April 1, 2026
Commission number 1281578
Member, Pennsylvania Association of Notaries

This record was acknowledged before me
on _November 09 2024_
by _Robin Shaw_

Signed and sworn to (or affirmed) before me
on _____
by _____

APPENDIX G

# SWORN AFFIDAVIT

Upon information and belief:

On December 2, 2024 at 2025hrs, MARK THOMAS WARD BOISEY was ordered to report to Medical Infirmary with an overnight bag. MARK THOMAS WARD BOISEY was compliant to Officer Blakley's demand even as MARK THOMAS WARD BOISEY was confused about how/why he had to report to Infirmary, When MARK THOMAS WARD BOISEY reported to Infirmary he adamantly expressed his rational thoughts of what was going on and why he was at the Protective Custody (POC) Unit going into the SOU (Special Observation Unit). Stationed Officers did not know why he was at SOU but told MARK THOMAS WARD BOISEY he will see Staff the following day.

MARK THOMAS WARD BOISEY was placed in 3B1006 under SOU as a Phase 4, the cell was bare, plastic canoe shaped bed, 1 sheet, and 1 hand towel, and with a camera in cell. MARK THOMAS WARD BOISEY was shackled for all movement out of cell including to the locked caged shower.

MARK THOMAS WARD BOISEY continued to express his concerns because no event had occurred that should render MARK THOMAS WARD BOISEY under such severe security and punsihment, MARK THOMAS WARD BOISEY is a Level 2 override inmate as he resides on the Veteran Service Unit (VSU) and good discipline and no misconducts are a requirement for VSU residency. He is and has been misconduct free since arriving in the PA D.O.C. March 08, 2023. MARK THOMAS WARD BOISEY being placed in a Level 5 (Maximum Security) instantly contaminated the Mental and Physical well-being of his Health. After several days under these conditions MARK THOMAS WARD BOISEY was hand cuffed and escorted to several meetings with SCI Health Care Staff members. (A complete list of Staff included). MARK THOMAS WARD BOISEY underwent a PRT meeting with a panel of 4 Psychiatric Doctors, during  such meeting he was notified after much unnecessary time passed as to why potentially he was under such extreme conditions. PRT stated as they concluded he did not have any event in harming himself and did not posses any threats of harm to any other's. PRT ensured MARK THOMAS WARD BOISEY he was not being punished but rather under observation.

Several days later Medical Administrator Britney Huner visits MARK THOMAS WARD BOISEY at his 3B1006 cell to give him a paper document on December 06, 2024, Ms. Huner explains that due to a medical request MARK THOMAS WARD BOISEY submitted on October 09, 2024 stating, "After falling out of my top bunk during the night from "Night Terror's" I hurt my shoulder","I am requesting a bottom bunk so their may not be any such further injuries if events continue to happen". Ms. Huner stated that the D.O.C. Central Office was in between staff members that handle Americans with Disabilities Act (ADA) accommodations and because of the reason my case was just now being followed up fifty-five (55) days later. MARK THOMAS WARD BOISEY was told this SOU is for observation of sleep, for Night Terror's and is necessary for evidence for the ADA to make a judgment for my case.

MARK THOMAS WARD BOISEY expressed unbearable conditions and unnecessary security being sought against him for a simple sleep observation. He repeatedly requested a removal from this observation because of the dramatic events of such conditions immediately surrounding MARK THOMAS WARD BOISEY i.e. Screaming inmates, bashing windows, wall, and doors, the hand-cuffing, shackles to tables, locked caged shower, cold food, no blanket. All these conditions intensified his already currently diagnosed mental health conditions.

On December 06, 2024 MARK THOMAS WARD BOISEY met with a Doctor Glushakow, who is the Regional Chief Psychiatric Doctor in charge of SCI Phoenix Mental Health staff and operations. Dr. Glushakow interviewed MARK THOMAS WARD BOISEY along with Certified Registered Nurse Practionor (CRNP) Olevencia, the Doctor's both stated they are releasing him on Monday December 09, 2024 back to General Population on the Veteran Service Unit.

Through this completely unnecessary process MARK THOMAS WARD BOISEY is more traumatized from eight (8) days of intense Level 5 treatment that he is trying to normalize his current surroundings back to a "normal" kind of living while incarcerated.

The abundance of dis-information and treatment MARK THOMAS WARD BOISEY

underwent feels directly in connection with retaliation from MARK THOMAS WARD BOISEY's previously filed grievance's towards Administration's Medical Department for neglect harming him. Grievances filed August 31, 2024 and September 21, 2024 that directly caused MARK THOMAS WARD BOISEY harm and sent him to the Hospital for the negligence due to lack of care and professional duties.

REGIONAL CHIEF PSYCHIATRIC DOCTOR - DOCTOR GLUSHAKOW.
PSYCHIATRIC CRNP - MS.OLEVENCIA
PSYCHIATRIC CRNP - MS. CIONE
MEDICAL ADMINISTRATOR - MS. BRITNEY HUNER
PSYCHIATRIST CRNP - MS. HENRY
PSYCHIATRIST CRNP - MS. CLARK
PSYCHIATRIST CRNP - MS. HUYETT

RESPECTFULLY SUBMITTED,

_____
NOTARY PUBLIC

DATE: This 21st day of December ,2024

_____
MARK THOMAS WARD BOISEY

DECEMBER 21, 2024

VETERAN SERVICE UNIT
SCI PHOENIX
INMATE NO. QP5104
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA 19426

Commonwealth of Pennsylvania - Notary Seal
Philip Ephraim, Notary Public
Montgomery County
My commission expires April 1, 2026
Commission number 1281578
Member, Pennsylvania Association of Notaries

Signed and sworn to (or affirmed) before me
on December 21, 2024
by Mark Thomas Ward Boisey

Commonwealth of Pennsylvania
County of Montgomery

Veteran Service Unit
SCI Phoenix
Mark Boisey, QP5104
1200 Mokychic Drive
Collegeville, Pa. 19426

CERTIFIED MAIL

7022 2410 0001 3119 6724


quadient
FIRST-CLASS MAIL
IMI
$009.76
02/13/2025 ZIP 19426
043M31248366
US POSTAGE

US-MAIL

OFFICE OF THE Clerk
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, Pa. 19106

RECEIVED
FEB 18 2025

Legal Mail



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT